# EXHIBIT A

## COUNTY COURT, PINELLAS COUNTY, FLORIDA
### NOTICE TO APPEAR/ORDINANCE VIOLATION

| Field | Value |
|---|---|
| OBTS Number | 0521900 |
| Person ID | 1946801 |
| Court Case Number | 19-16410-MO |
| Agency | TREASURE ISLAND PD |
| Report Number | TI19-16829 |

THE UNDERSIGNED SWEARS THAT HE/SHE HAS REASONABLE GROUNDS TO BELIEVE THAT THE BELOW NAMED DEFENDANT, AT THE TIME AND PLACE LISTED:

| Day of Week | Month | Day | Year | Time |
|---|---|---|---|---|
| SAT | 10 | 5 | 2019 | 02:58 PM |

**Name:** DAVID MICHAEL DUVERNAY
**Street:** 8954 111TH ST N
**City:** SEMINOLE  **State:** FL  **Zip:** 33772  **Race:** W  **Sex:** M
**Telephone:** 727-906-7993  **Place of Birth:** OH  **Citizenship:** USA
**Driver License Number:** D165173813630  **State:** FL  **Employment:** SELF
**Date of Birth:** 10/03/81  **Height:** 509  **Weight:** 180  **Hair Color:** BLD  **Eye Color:** BRN

**LOCATION OF OFFENSE:** JOHNS PASS (WATERWAY)

IN PINELLAS COUNTY FLORIDA, DID COMMIT THE FOLLOWING OFFENSE:
___ OF ___ CHARGES

**TO-WIT:**
DEF WAS OBSERVED OPERATING A COMMERCIAL VESSEL WITHIN THE WATERWAYS OF TREASURE ISLAND WITH AN ATTACHED ELECTRONIC/CHANGING ADVERTISEMENT BILLBOARD APPROXIMATELY 20 FEET HIGH WITH CHANGING ADVERTISEMENTS. WAS OBSERVED IN THE JOHNS PASS CHANNEL SOUTH OF THE CENTER SPAN ON THE EAST SIDE OF THE BRIDGE. DOES NOT HAVE CITY PERMISSION FOR SAID BILLBOARD

**CONTRARY TO:** ☐ FLORIDA STATE STATUTE  ☒ ORDINANCE
**CITY/COUNTY OF:** TREASURE ISLAND  **SECTION:** 58  **SUB-SECTION:** 44

☐ THIS IS A MISDEMEANOR VIOLATION OF FLORIDA STATE STATUTES REQUIRING AN APPEARANCE IN COURT.

☐ THIS IS A CRIMINAL ORDINANCE VIOLATION REQUIRING AN APPEARANCE IN COURT, THE PAYMENT OF THE LISTED FINE, OR A WRITTEN PLEA OF NOT GUILTY TO THE OFFENSE CHARGED IN PERSON OR BY MAIL WITHIN THIRTY (30) CALENDAR DAYS.

☒ THIS IS AN ORDINANCE VIOLATION REQUIRING PAYMENT OF THE LISTED FINE OR A WRITTEN PLEA OF NOT GUILTY TO THE OFFENSE CHARGED IN PERSON OR BY MAIL WITHIN THIRTY (30) CALENDAR DAYS.

### COURT INFORMATION

| DATE | TIME | COURTROOM | FINE |
|---|---|---|---|
| 11/14/2019 | 1:30 PM | DIV P | $118.00 |

CRIMINAL JUSTICE CENTER
14250 49TH STREET N
CLEARWATER, FLORIDA

19-16410-MO
NTA
NOTICE TO APPEAR
1265761

I agree to (1) appear at the time and place designated (2) enter a written plea of not guilty to the offense or (3) pay the fine listed. I understand that should I not guilty, or fail to pay the required fine will be issued for my arrest.
I certify by my signature the above listed address.

**Defendant's Signature:** Hand Delivery

Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read this document and its attachments and that the facts in it are true and correct to the best of my knowledge and belief.

**Rank/Signature of Officer:** [signature]  **Badge Number:** TI9641  **Person ID:** 3281933

Revised 10/2014

## VICTIM NOTIFICATION INFORMATION

Defendant's Name: _____
Court Case #: _____
Victim's Name: _____
Race: _____ Sex: _____ DOB: _____
Social Security #: _____
Person ID: _____
Address: _____
City: _____
State: _____ Zip: _____
Home Telephone: _____
Work Telephone: _____
Other Contact Telephone: _____
Is the victim a witness? ☐
Was Victim Rights Brochure given? ☐
Is the victim in the hospital? ☐

Victim's Name: _____
Race: _____ Sex: _____ DOB: _____
Social Security #: _____
Person ID: _____
Address: _____
City: _____
State: _____ Zip: _____
Home Telephone: _____
Work Telephone: _____
Other Contact Telephone: _____
Is the victim a witness? ☐
Was Victim Rights Brochure given? ☐
Is the victim in the hospital? ☐

[Filed stamp: 2019 OCT -9 PM 3:30 KEN BURKE, CLERK OF CIRCUIT COURT AND COMPTROLLER]

Revised 10/2014

# TREASURE ISLAND POLICE DEPARTMENT
## PCSO - INCIDENT TI19-16829

Report Date: 10/06/2019

| Primary Information | |
|---|---|
| Incident Type: | INFO - ORDINANCE VIOLATIONS |
| Occurrence From: | 10/05/2019 14:58 |
| Occurrence To: | 10/05/2019 14:58 |
| Source Of Call: | ON VIEW |
| Business Area Name: | JOHNS PASS (WATERWAY) |
| Dissemination Code: | UNCLASSIFIED |
| Shift: | ALPHA - EARLY |
| Reporting LEO: | MALANDER, CODY TIPD - OFCR (TI9641 / TREASURE ISLAND PD / TREASURE ISLAND POLICE DEPARTMENT) |
| Report Status: | Approved |
| Report Status Date: | 10/06/2019 |
| Approved By: | DORMAN, ZAKARIAH OFCR-TIPD (TI9613 / TREASURE ISLAND POLICE DEPARTMENT) |

| Response Information | |
|---|---|
| Time Call Received: | 10/05/2019 14:58 |
| Time Dispatched: | 10/05/2019 14:58 |
| Time Arrived: | 10/05/2019 14:58 |
| Time Completed: | 10/05/2019 14:58 |

| Addresses | |
|---|---|
| Relationship | Address |
| OCCURRED | JOHNS PASS, TREASURE ISLAND, Florida 33708 UNITED STATES |

| Subjects | | | |
|---|---|---|---|
| Relationship | Name | Bio | DOB |
| SUBJECT | DUVERNAY, DAVID M (PERSON) | 38 yr. old, WHITE, MALE | 10/03/1981 |

| Analysis Information | |
|---|---|
| Sick Or Injured: | NO |
| MHU Referral for Follow Up: | NO |
| Suspicious P/V: | NO |
| Marchman Act: | NO |
| Disturbance: | NO |
| Alarm: | NO |
| Baker Act: | NO |
| Electronic Identification: | NO |

**Narrative**

On 10/05/2019 I was assigned to the Treasure Island Police Department - Marine Unit.
At approximately 1458 hours while heading East into Johns Pass, I observed a large commercial vessel with "FLA BEACH

This report is property of TREASURE ISLAND POLICE DEPARTMENT. Neither it nor its contents may be disseminated to unauthorized personnel.

## TREASURE ISLAND POLICE DEPARTMENT
### PCSO - INCIDENT TI19-16829
Report Date: 10/06/2019

**Narrative - Continued**

ADVERTISING" wrapped around the vessel. This vessel is equipped with an approximate 20 foot tall and 40 foot long electronic billboard. The billboard consists of numerous LED screens and was currently displaying advertisements.

The vessel was South-East of the center span of the Johns Pass Bridge with the billboard facing south towards Treasure Island. Due to the rapid outgoing current, wind and size of the vessel, I was unable to safely stop and continue my investigation in the pass. Reference TI19-6382, I previously issued a verbal warning to DAVID who was the captain of the vessel for the same issue regarding the advertisements.

I contacted him via telephone whom I have spoken with in the past. He confirmed he was the captain of the vessel on this date and time. I advised him of my observations and the violation of local city ordinance 58-44 (Signs: Posting of Advertising - Prohibited). DAVID advised me he was not at the dock at that time but would return on 10/06/2019. I agreed to meet with him at his dock slip at 1000 hours.

On 10/06/2019 at approximately 1000 hours I met with DAVID and provided him a copy of the LOV. I provided DAVID with a map showing the area of the pass he was in and that it fell within the city limits of Treasure Island. I also referred to Municode and cited the various definitions of "Signs" and "Prohibited Signs." This includes Vehicle Signs (which include vessels) and any signs on/near/or about the waterways of the city without having prior permission from the city commission or manager.

EOR

| Record Status Information | |
|---|---|
| Record Origination Operator: | System, ACISS (PINELLAS CO SHERIFFS OFC / PINELLAS COUNTY SHERIFF'S OFFICE) |
| Record Origination Date: | 10/05/2019 15:10 |
| Last Update Operator: | DORMAN, ZAKARIAH OFCR-TIPD (TI9613 / TREASURE ISLAND PD / TREASURE ISLAND POLICE DEPARTMENT) |
| Last Update Date: | 10/06/2019 14:15 |

This report is property of TREASURE ISLAND POLICE DEPARTMENT. Neither it nor its contents may be disseminated to unauthorized personnel.