```
 1              UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF FLORIDA
 2                   TAMPA DIVISION
                CASE NO.: 8:19-cv-03113
 3

 4   FLORIDA BEACH ADVERTISING, LLC,
     a Florida limited liability company,
 5   and DAVID MICHAEL DUVERNAY,

 6           Plaintiffs,

 7   v.

 8   CITY OF TREASURE ISLAND,

 9           Defendant.
     _____/
10

11

12           DEPOSITION OF:   GARRY BRUMBACK

13
             DATE:            September 18, 2020
14

15           TIME:            9:30 a.m. - 11:30 a.m.

16
             PLACE:           Via Zoom Video Conference
17

18

19
             BEFORE:          David S. Darretta
20                            Notary Public, State of
                              Florida at Large
21

22

23              Pages 1 - 74

24

25
```

```
 1                    A P P E A R A N C E S

 2

 3     TIMOTHY W. WEBER, ESQUIRE
       WEBER, CRABB & WEIN, P.A.
 4     5453 Central Avenue
       St. Petersburg, Florida  33710
 5     timothy.weber@webercrabb.com
       lisa.willis@webercrabb.com
 6              Attorney for the Plaintiff

 7

 8     LAURA E. SCHINELLA, ESQUIRE
       UNICE, SALZMAN, JENSEN, P.A.
 9     1815 Little Road
       Floor 2
10     Trinity, Florida  34655
               Attorney for Defendant

11

12     JENNIFER R. COWAN, ESQUIRE
       BRYANT, MILLER & OLIVE, P.A.
13     201 N. Franklin Street
       Suite 2700
14     Tampa, Florida  33602
               Attorney for Defendant

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    I N D E X

 2

 3   WITNESS                              PAGE
          Garry Brumback.
 4             By Mr. Weber                 5

 5

 6

 7

 8                     - - - -

 9

10                 E X H I B I T S

11   NO.            DESCRIPTION           PAGE

12   EXHIBIT-1       Citation              7

13   EXHIBIT-1A      Police Report         9

14   EXHIBIT-2       Facebook Page        18

15   EXHIBIT-3       Email Chain          19

16   EXHIBIT-4       Request/Special Permit   21

17   EXHIBIT-5       Text Correspondence  23

18   EXHIBIT-6       Video Excerpt/Meeting   29

19   EXHIBIT-7       Meeting Minutes      49

20   EXHIBIT-8       Parade Photos        52

21   EXHIBIT-9       Citation             53

22   EXHIBIT-9A      Police Report        54

23   EXHIBIT-10      Sign Code            57

24   EXHIBIT-11      Notice of Taking Deposition   71

25   EXHIBIT-12      Citation             59
```

1   EXHIBIT-13        Duvernay Boat Photo        61

2   EXHIBIT-14        Hubbard's Photo           62

3   EXHIBIT-15        Florida Statute 327.60    63

4   EXHIBIT-16        Florida Statute 327.40    64

5   EXHIBIT-17        Florida Statute 327.41    68

6   EXHIBIT-18        Complaint                 68

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                   GARRY BRUMBACK

 2   was adduced as the witness herein; after being duly sworn,

 3   testified as follows:

 4                      - - -

 5                   EXAMINATION

 6                      - - -

 7   BY MR. WEBER:

 8        Q    Mr. Brumback, my name is Tim Weber.  I

 9   represent the Plaintiff, David Duvernay, in this

10   proceeding.  I'm going to be asking you a few

11   questions today in your capacity as the corporate

12   representative of the City of Treasure Island.  This

13   is a deposition, the rules are fairly straightforward.

14   A little different by the Zoom format, of course, but

15   I'll be asking you some questions as we go through

16   this today, you'll be answering my questions under

17   oath, and the court reporter will be taking down both

18   my questions and your answers.

19             Do you understand that?

20        A    I do.

21        Q    All right.  Super.

22             If you have any questions regarding what I'm

23   asking you or need clarification, please feel free to

24   let me know.  This will be fairly conversational and

25   we'll just try to get through the information that you
```

1    have on behalf of the City.

2              If you need a break, you can take a break as

3    well.  Okay?

4         A    Okay.  Thank you.

5         Q    All right.  Sir, would you state your full

6    name for the record?

7         A    Garrison C. Brumback, B-R-U-M-B-A-C-K.

8         Q    All right.  And how are you currently

9    employed?

10        A    I'm the City Manager for the City of

11   Treasure Island.

12        Q    And how long have you been the City Manager

13   for the City of Treasure Island?

14        A    Just shy of three years.

15        Q    Okay.  And what would you describe as your

16   job duties in that capacity?

17        A    Basically supervise the operations of the

18   City of Treasure Island and support the policies and

19   guidance given by the City Commission.

20        Q    All right.  Does the City have its own

21   police department?

22        A    It does.

23        Q    And does that police department report to

24   you or is there a different chain of command?

25        A    It reports to me.

1    Q    All right.  And do you have any authority

2    concerning police activity as to who gets charged with

3    a crime or cited with a City violation, or anything of

4    that nature?

5    A    No.

6    Q    All right.  Who has the ultimate authority

7    to make those type of decisions?

8    A    The Police Chief.

9    Q    All right.  Who was the Police Chief in

10   November of 2019?

11   A    Armand Boudreau.

12   Q    All right.  We're here to talk today about

13   some citations that were issued in 2019, as well as

14   some other issues related to Mr. Duvernay's vessel and

15   the sign that he had.  I'm going to ask you to see if

16   you can identify the October 5th, 2019 citation in the

17   pile of documents in front of you.

18   A    I have it, and it clearly is a citation that

19   was written by our marine officer.

20   Q    All right.

21        (Whereupon, Exhibit 1 was identified.)

22   BY MR. WEBER:

23   Q    Do you have an understanding of what the

24   circumstances were that led to this particular

25   citation being issued on October 5th?

1       A     Yes.

2       Q     All right.  And what were those

3   circumstances?

4       A     We had been -- we had gotten some complaints

5   previously about a billboard on a boat and, so,

6   actions that were taken, it was a violation of our

7   Sign Code and, so, the marine officer was enforcing

8   the Sign Code.

9       Q     All right.  The citation indicates that

10  Mr. Duvernay's vessel was located in John's Pass just

11  south of the center span on the east side of the

12  bridge.

13          Is that your understanding where the vessel

14  was located at the time this citation was issued?

15      A     I don't know.  I wasn't there.

16      Q     Okay.  Have you looked at any photographs or

17  anything of that nature that would confirm the

18  location of the vessel at the time the October 5th

19  citation was issued?

20      A     Not that I recall.

21      Q     All right.  And I'm going to show you what

22  I've asked you to see if you can identify what I

23  previously marked as 1A, which is the police report

24  for the October 5th 2019 incident.

25      A     Do I have that?

1       Q     Yeah.   It's incident report TI19-16829.

2       A     Okay.   I've got it.

3       Q     Perfect.

4             (Whereupon, Exhibit 1A was identified.)

5    BY MR. WEBER:

6       Q     Have you ever read this police report

7    before?  And go ahead and take whatever time you need

8    to scan it and see if you can answer that question.

9       A     I have read this.

10      Q     All right.   And the report indicates that

11   Mr. Duvernay was piloting a large commercial vessel

12   southeast of the center span of the John's Pass

13   Bridge.

14            Do you see that?

15      A     I do.

16      Q     All right.   Do you know whether this report

17   accurately reflects the circumstances of this alleged

18   violation from the standpoint of the City?

19      A     I would assume so.

20      Q     All right.   Is it the City of Treasure

21   Island's position that its Sign Code extends to

22   commercial vessels in navigable waters of the United

23   States?

24      A     In navigable waters in the United States or

25   in --

1      Q    Correct.

2      A    -- Treasure Island's waters?  I'm not sure I

3    understand the question.

4      Q    Do you recognize John's Pass Inlet as a

5    navigable water of the United States?

6      A    Yes.

7      Q    All right.  And is it your belief that if a

8    commercial vessel is in John's Pass Inlet that it is

9    subject to municipal regulation by the City of

10   Treasure Island?

11           MS. SCHINELLA:  I'm going to object to the

12       form of the last question.

13           THE WITNESS:  Yeah, I'm not sure, Mr. Weber,

14       I fully understand what your question is.

15   BY MR. WEBER:

16      Q    All right.  Does the City apply its Sign

17   Code to all vessels operating in John's Pass that have

18   signs on them?

19      A    I don't know.

20      Q    Do you know whether the City has ever cited

21   another commercial vessel in John's Pass with signs on

22   it?

23      A    I don't know.

24      Q    Are there parasailing companies that operate

25   out of John's Pass?

1      A      I believe so.

2      Q      Are there other commercial business

3  interests that operate out of John's Pass?

4      A      I would assume so.

5      Q      All right.  It's a fairly busy Pass, is it

6  not?

7      A      It is.

8      Q      And are there on any given day dozens, maybe

9  hundreds of boats with signage on them going through

10 that Pass?

11     A      I don't know.

12     Q      All right.  Do you know whether prior to

13 issuance of this citation on the October 5th incident

14 whether there was any decision made in the City to

15 sort of investigate this particular operator?

16            And maybe ask a better question.  Let me

17 scratch that question.  It's a bad question.  Every

18 now and then I'll ask a bad question, and I apologize

19 for that.

20            This particular incident on October 5th, was

21 this just officer initiated or did someone direct

22 Mr. Malander to go down there and spot Mr. Duvernay's

23 vessel and cite it?

24     A      We had received complaints about the vessel.

25 And actually not the vessel, it's the sign.  And we

1    did tell the police department to take a look at it

2    and if it was a violation, cite it.

3         Q     All right.  Do you know when prior to this

4    October 5th citation that directive was given to the

5    police department?

6         A     I do not.

7         Q     Do you know by whom that directive was

8    given?

9         A     It was by me to the police department.

10        Q     All right.  Was that at the behest of

11   Commissioner Toth?

12        A     Not specifically.

13        Q     All right.  Do you know whether Commissioner

14   Toth was involved in the decision to issue the

15   citation on October 5th?

16        A     Not that I'm aware of.

17        Q     All right.  Who brought this issue to your

18   attention, that there were complaints regarding the

19   signage?

20        A     Oh, I had a couple of calls complaining

21   about the sign in John's Pass.

22        Q     All right.  Did you do anything to document

23   those calls?

24        A     No.

25        Q     All right.  Have you looked through the

1    records of the City to see if there are any emails or

2    other written documentation concerning complaints

3    about the sign on Mr. Duvernay's vessel?

4        A    I have not.

5        Q    All right.  Are you aware of whether there

6    are any written complaints?

7        A    I beg your pardon?

8        Q    Are you aware whether there are any type of

9    written complaints?

10       A    I'm not.

11       Q    All right.  Did there come a point in time

12   that Mr. Duvernay contacted the City following this

13   citation to discuss his anticipated participation in

14   the Veterans Day Boat Parade?

15       A    I am aware of that.

16       Q    All right.  Did that request make its way to

17   your desk?

18       A    In a manner of speaking, yes.  It was

19   ultimately going to go before the Commission and, so,

20   we prepared a commission memo that was sent to me.

21       Q    All right.  And let me maybe back up before

22   Mr. Duvernay made a request to put it on the

23   Commission Agenda.  And just for your reference, is

24   there an employee named Jennifer that works for the

25   City, to your knowledge, maybe in the office?

1      A     The only Jennifer that I'm aware of is

2  Jennifer Cowan who's a City Attorney.

3      Q     Okay.  Mr. Duvernay indicated he spoke with

4  a female about the situation, and that the female

5  inquired with your office about whether or not he was

6  permitted to participate in the Veterans Boat Parade,

7  so I'm just tying to identify who might have been

8  involved in the conversation.

9          Do you recall who brought to you

10  Mr. Duvernay's initial inquiry concerning his

11  participation in the parade?

12      A     Yes.

13      Q     Who was that?

14      A     Tiffany Makras, she's the HR Director.

15      Q     Okay.  And did she indicate she had spoken

16  directly with Mr. Duvernay?

17      A     Yes.

18      Q     All right.  I guess his memory of her name

19  was a little challenged.

20          So Ms. Makras, what did she relay to you was

21  what Mr. Duvernay was requesting or asking?

22      A     I don't remember the specifics but, yeah, I

23  remember the request.

24      Q     All right.  And did anyone other than you

25  respond to that?

1      A    Well, I knew that I had to coordinate it

2    with the people in the Planning Department, and I also

3    believed that I spoke with the City Attorney as to the

4    nature of the request and how it was impacted by our

5    Code.

6      Q    All right.  And what was your understanding

7    after you conducted an investigation regarding the

8    request?

9           And I use the word investigation.  Let's

10   call it an inquiry.

11     A    Okay.  Yeah, I knew that it was beyond my

12   authority to grant the request, which is why it ended

13   up going before the Commission.

14     Q    All right.  Was anything communicated to

15   Mr. Duvernay in writing, or was it simply Tiffany was

16   directed to call him back?

17     A    I don't know if anything was communicated in

18   writing.

19     Q    Okay.  Did the City ultimately tell

20   Mr. Duvernay -- and this is before the request of the

21   Commission.  Did City Staff ultimately tell

22   Mr. Duvernay that he was not permitted to participate

23   in the parade with his sign?

24     A    Not that I'm aware of.  We did communicate

25   to him that the request would have had to go before

1    the Commission and he was welcome to do that.

2        Q    Has the City previously sponsored the

3    Veterans Boat Parade?

4        A    Not that I'm aware of.

5        Q    All right.  Has the City participated in the

6    parade in any formal way in the past?

7        A    I don't know.

8        Q    All right.  Does the City participate in a

9    holiday parade, boat parade?

10       A    Yes.

11       Q    Does the City sponsor that event?

12       A    Not that I'm aware of.

13       Q    All right.  What is the City's participation

14   in the holiday boat parade?

15       A    The police boat usually, or at least since

16   I've been here, has been a participant and they have

17   lead the parade.

18       Q    Okay.  And do the vessels participating in

19   the holiday parade have signs on them?

20       A    I don't know.

21       Q    Did you see the Veterans Boat Parade?

22       A    I did not.

23       Q    Have you ever seen the Veterans Boat Parade?

24       A    I have not.

25       Q    This was the 23rd Annual Veterans Day Boat

1    Parade.  Do you know whether or not the City in the 22

2    years prior to this boat parade had ever cited a

3    single vessel for having a sign in the parade?

4        A    I do not.

5        Q    Do you know whether the City cited anyone

6    other than Mr. Duvernay for having a sign in the 23rd

7    Annual Veterans Day Boat Parade?

8        A    I do not.

9        Q    Did you make any inquiry prior to today's

10   deposition to determine whether or not the City has

11   ever enforced its Sign Code against a vessel in waters

12   around Treasure island?

13       A    I did.

14       Q    All right.  Have you determined whether the

15   City has ever enforced any of its Sign Code in vessels

16   around Treasure Island?

17       A    Not that anybody I spoke to was aware of.

18       Q    I'm going to call your attention in the

19   packet there that have -- there is a Facebook post

20   from Dave Duvernay with a picture of his vessel and a

21   Thank You Veterans sign.  See if you can identify

22   that.

23       A    Is it this?

24       Q    No.  That's the picture, but there's also a

25   one-page document that has a Facebook post in the left

1    column and a reply in the right.  Yes, sir, that's it.

2         A    Okay.

3              (Whereupon, Exhibit 2 was identified.)

4    BY MR. WEBER:

5         Q    Have you ever seen the Facebook post that's

6    on the left there from Mr. Duvernay?

7         A    No.

8         Q    Okay.  And this one shows it's October 16,

9    2019.  Do you see that?  It's in the bottom left

10   corner of the Facebook post.

11        A    I actually don't see it.

12        Q    Okay.  There's a line there of four

13   hashtags; hashtag support our vets, hashtag God bless

14   America, hashtag Madeira Beach, hashtag Treasure

15   Island.  Directly underneath that, yeah, it says

16   October 16, 2019.

17        A    Okay.  It's almost illegible, but I see

18   something there.

19        Q    Okay.  Fair enough.

20              And this particular post indicates it

21   received about 559 comments.  Do you see that?

22        A    I do.

23        Q    Do you know whether this Facebook post that

24   Mr. Duvernay put up on or about October 16th

25   accurately reflects what the City of Treasure Island

1    told him with reference to his participation in the

2    parade?

3          A    Well, it wasn't the content that we objected

4    to, it was the sign itself, and this implies it was

5    the content.  It had nothing to do with the content.

6          Q    Was Mr. Duvernay's request of the City in

7    fact that he wanted to be able to participate in the

8    parade with a thank you Veterans sign and he was told

9    no?

10         A    Yes.

11         Q    The next document that I have in your pile

12   which I've marked as Exhibit 3 is an email from

13   Commissioner Payne to Mr. Duvernay the next day,

14   October 17th.  And see if you can locate that.  It's a

15   Gmail printout, Treasure Island and Veterans Boat

16   Parade.

17         A    I have it.

18         Q    Perfect.

19              (Whereupon, Exhibit 3 was identified.)

20   BY MR. WEBER:

21         Q    It indicates here that Commissioner Payne is

22   reaching out to Mr. Duvernay and indicating that there

23   is a mechanism for him to come before the Commission

24   and seek a dispensation to allow his participation.

25              Do you see that?

1      A    I do.

2      Q    Did your office have any involvement in this

3  communication, or was this just straight from

4  Commissioner Payne?

5      A    We gave him -- we gave Commissioner Payne

6  the background necessary to cite the sections of the

7  Code that he cited.

8      Q    All right.  So at this point in time, not

9  withstanding his Facebook post, the City was reaching

10  out requesting, or at least indicating to him that he

11  had an opportunity to request an exception from the

12  Commission, correct?

13      A    Yes.

14      Q    All right.  And so, at least at this point

15  in time the City wasn't upset with Mr. Duvernay's

16  Facebook post enough to categorically reject an

17  exception for him?

18      A    Not that I'm aware.

19      Q    All right.  And that same day shortly

20  thereafter did Mr. Duvernay make a request of you for

21  a quote, narrowly tailored license to operate only in

22  the parade on November 9th?  And there's another Gmail

23  that I provided in your package there and identified

24  as Exhibit 4.

25      A    Yes.

1        Q    All right.  You recognize and recall

2   receiving that communication?

3        A    I do.

4             (Whereupon, Exhibit 4 was identified.)

5   BY MR. WEBER:

6        Q    All right.  And does this indicate that

7   Mr. Duvernay was solely seeking permission for

8   November 9th to participate in the Veterans Parade?

9        A    Yes.

10       Q    All right.  And you indicated in your

11  response, as our Code allows, we will put your request

12  before the Commission on November 5th, 2019.

13            Do you see that?

14       A    I do.

15       Q    All right.  Was that your response?

16       A    I'm sure.  It sure looks authentic.

17       Q    All right.  Do you recall that was your

18  response?

19       A    I don't.  But that's --

20       Q    Okay.  Do you know -- all right.  Do you

21  know whether you had any oral communications with

22  Mr. Duvernay at any time before the Commission

23  hearing?

24       A    I don't recall.

25       Q    All right.  Do you recall, other than

1    perhaps at the Commission meeting, ever speaking with

2    Mr. Duvernay on the telephone or otherwise?

3         A    I don't recall.

4         Q    All right.  Does the City of Treasure Island

5    have any type of application for an exemption from its

6    Sign Code that it requires for someone to seek a

7    permit or an exemption?

8         A    No.

9         Q    Was the application Mr. Duvernay made in

10   form sufficient as far as the City was concerned?

11        A    Yes.

12        Q    All right.  Does the City have any written

13   criteria for how a request such as this is to be

14   evaluated by the Commission?

15        A    No.

16        Q    Do you have any idea what criteria the City

17   applied in evaluating this request at the Commission

18   meeting?

19        A    I do.  It was solely based on the Sign Code.

20        Q    Okay.  But the Sign Code provides for an

21   exemption or a permit.  And so, as far as the

22   exemption or the permit is required, what criteria

23   does the Commission employ to determine whether to

24   grant or deny the exemption or the permit?

25        A    They chose not to grant an exception to the

1    Sign Code.

2         Q    Okay.  But as far as you know there are no

3    criteria for that determination?

4         A    Not that I'm aware of.

5         Q    I'm going to just have you identify -- for

6    the record, there is a series of text messages between

7    Commissioner Payne and Mr. Duvernay, and see if you

8    can locate those in the package that you have.

9         A    I think so.

10        Q    Okay.  Do you know whether there was any --

11   well, let me strike that.

12             (Whereupon, Exhibit 5 was identified.)

13   BY MR. WEBER:

14        Q    Commissioner Payne here is texting with

15   Mr. Duvernay and suggests you may also want some

16   others to come and speak in favor.  Do you know

17   whether anyone at the City suggested that Mr. Duvernay

18   have or don't have supporters come down to support his

19   request or application?

20        A    I don't.

21        Q    All right.  So this may just have been

22   Commissioner Payne's suggestion?

23        A    It could have been.

24        Q    All right.  And the October 18th text from

25   Commissioner Payne says, I'll work on getting some

 1    people to be there to comment who are well respected

 2    by the Commission.

 3           Do you see that?  It's in the left column,

 4    the second text message.

 5      A    I do.

 6      Q    All right.  Prior to the Commission Meeting,

 7    did you send an email to Pam Rasmussen of the -- one

 8    of the parade co-chairs?

 9      A    I don't recall.

10      Q    All right.  And just trying to tie up all

11    the lose ends and details here as we lead up to the

12    Commission Meeting, there was some testimony that

13    there was an email from your office, specifically you,

14    to one of the parade co-chairs, Pam Rasmussen,

15    regarding this request in advance of the Commission

16    Meeting, that you did not believe it would be

17    controversial and it would be rather pro forma, if you

18    will.

19           Do you recall sending any such email?

20      A    I do not.

21      Q    All right.  During the course of this

22    lawsuit have you made any efforts to determine whether

23    you personally sent or received any emails relating to

24    Mr. Duvernay's request of the City?

25      A    I have not.

1      Q    Do you know whether the City in general has

2   made any effort to look through its files to determine

3   whether there are any documents that are relevant to

4   this lawsuit?

5      A    I do not.

6      Q    Prior to today's deposition, did you take

7   any efforts to prepare yourself to address the topics

8   that were listed in the Notice of Taking Deposition?

9      A    I did.

10     Q    What steps did you take specifically to be

11  prepared to address those issues?

12     A    I tried to get whatever documents that we

13  could find that related to the citation and the Sign

14  Code itself, and then the Minutes of the Commission

15  Meeting.

16     Q    All right.  And did you talk with any other

17  persons within the City regarding any of the topics

18  that were listed?

19     A    Just my assistant.

20     Q    All right.  Did you speak with Officer

21  Malander at all?

22     A    I did not.

23     Q    Did you get any additional -- have anyone

24  get any additional information from the officer?

25     A    Aside from asking him -- or asking the

1    police department, because I didn't speak to Cody

2    himself, if there were any other citations that he

3    was -- that they were aware of.  That was the only

4    other question I asked.

5        Q    Incidentally, with reference to

6    Mr. Duvernay's vessel, did you meet with the City of

7    Madeira Beach regarding Mr. Duvernay's vessel?

8        A    I've spoken with their City Manager.

9        Q    All right.  And did you discuss with the

10   City Manager that it would be advantageous for

11   Treasure Island that if Madeira Beach cited

12   Mr. Duvernay as well?

13       A    I really was more focused on whether or not

14   the sign as it was was a violation of their Code and

15   was told yes.

16       Q    Do you know shortly after your meeting with

17   the City Manager of Madeira Beach that Madeira Beach

18   issued a citation to Mr. Duvernay?

19       A    I did not know that.

20       Q    Did you request that Madeira Beach issue a

21   citation?

22       A    Did I request?

23       Q    Correct.

24       A    No.

25       Q    Did you discuss -- was the City Manager

1     Daniels at Madeira Beach?

2         A   Yes.

3         Q   Did you meet him in person over this issue?

4         A   It was over the phone.

5         Q   All right.  And what was the purpose of

6     your -- was that the specific purpose of your call to

7     City Manager Daniels was to address this issue?

8         A   Yes.

9         Q   And what arose that caused you to pick up

10    the phone and call the City Manager of Madeira Beach

11    over this issue?

12        A   Just to see, because operating in John's

13    Pass, if they had a similar Sign Code as ours.

14        Q   Do you know whether Madeira Beach had ever

15    cited Mr. Duvernay for operating his vessel in John's

16    Pass prior to your call?

17        A   I do not.

18        Q   We're going to get to the Commission Meeting

19    here on November 5th.  Do you have an understanding as

20    to why the Commission refused Mr. Duvernay's request

21    on November 5th?

22        A   Yes.

23        Q   What is your understanding of why?

24        A   It was a violation of our Sign Code.

25        Q   Wasn't that sort of baked into the entire

1    request, that the City believed its Sign Code

2    prohibited this boat yet he was requesting an

3    exception, correct?

4         A    Yes.

5         Q    So you knew before he was even invited to

6    put this on the agenda, at least according to the

7    City, that this violated the Sign Code.  So why invite

8    him to request an exception for no reason?

9              MS. SCHINELLA:  Objection to form.

10   BY MR. WEBER:

11        Q    You can go ahead and answer, sir.

12        A    Okay.  I don't presuppose what the

13   Commission's going to decide.

14        Q    Okay.  But other than initially that the

15   sign violated your Code, you don't know any reason why

16   the exception to the Code was refused?

17        A    Only as they decided not to allow an

18   exception to the Sign Code.

19        Q    Have you looked at the video of the

20   Commission Meeting from November 5th?

21        A    No.

22        Q    Do you recall introducing this item to the

23   Commission and telling the Commission that you could

24   not in good conscience recommend it because of

25   Mr. Duvernay's prior Facebook post?

1      A    I don't recall saying that.

2      Q    I have the video that we previously

3  discussed.  I'm going to share my screen and play that

4  and ask you if it fairly and accurately represents the

5  content of the Commission Meeting as it relates to

6  this item of business.

7           (Whereupon, Exhibit 6 was identified.)

8  BY MR. WEBER:

9      Q    I apologize for whatever length this is, but

10  I'll have a series of follow-up questions concerning

11  the Commission Meeting itself.  So bear with me one

12  second.

13           Let me share my screen.  Sir, can you see

14  the video?

15      A    I can see.  I can see a snapshot.  I don't

16  see a --

17      Q    How about now?

18      A    There is no audio.

19      Q    How about now?

20      A    Yes.

21           (Whereupon, Exhibit 6, excerpt of Commission

22      Meeting, was transcribed as follows:)

23           MAYOR LUNN:  All right.  Next item is items

24      of business.  We have number 1, consider

25      approving a request for an exception of the

1     City's Sign Code.

2          MR. BRUMBACK:  Mayor, Commissioners, on

3     Tuesday, December 8th, approximately, Tiffany

4     Makras received a call from Mr. Dave Duvernay

5     from Florida Beach Advertising.

6          MAYOR LUNN:  Did you say December?

7          MR. BRUMBACK:  I'm sorry, I mean October.

8     Did I say December?

9          MAYOR LUNN:  Yes, you did.

10          MR. BRUMBACK:  It happened in the past, not

11     in the future.  It was actually October.

12     Received a call from Dave Duvernay with Florida

13     Beach Advertising.  He said he has been recently

14     cited with a local ordinance violation for using

15     a digital advertising sign on his boat.  He

16     explained there was a Veterans Parade scheduled

17     for 11/9, which is this coming Saturday, and that

18     he needed permission to travel the Boat Parade

19     route on the two Saturdays prior to the parade to

20     advertise for a home decorating contest the day

21     of the parade.

22          After the call Tiffany came to me and asked

23     me if I would approve such a request.  According

24     to the City Ordinances, I said no.  It is a type

25     of sign that is forbidden in the City of Treasure

1    Island.  At that point she called him back the

2    next day and relayed that it was not permitted by

3    City Ordinances and did not have the authority to

4    supersede it.

5        Mr. Duvernay then reached out to

6    Commissioner Payne who said he would ask the

7    Commission for an exception.  He narrowed the

8    scope of his request to a narrowly tailored

9    license under section 58.44 to operate only on

10   Veterans Day Parade.  That really isn't that

11   applicable because that's more of a content.  We

12   don't manage content on these types of signs.

13       More importantly, it was a waiver of 73.34

14   which forbids that type of sign in Treasure

15   Island.  So it was to allow him to participate in

16   the Veterans Day Boat Parade with a static sign

17   that just said Happy Veterans Day, words to that

18   affect.

19       And originally it was my intent to step back

20   from this and allow this to be done, whether you

21   wanted to or not.  However, at that point it got

22   really ugly and it became a series of bullying

23   and threatening posts on Facebook that even named

24   a couple of members of this Commission.  And it

25   outwardly stated that this Commission was

1      anti-veteran, as was I.  We all know nothing

2      could be further from the truth.

3           And therefore, I can't recommend in good

4      conscience approval of this, but it is still the

5      purview of the Commission.

6           MAYOR LUNN:  I have a card here from David

7      Duvernay.  Would you like to step up to the

8      podium and address us?  Advise us of your address

9      and why you're here.

10          MR. DUVERNAY:  Okay.  Address is 8954 111th

11     Street, Seminole, Florida  33772.  Again, like

12     you said, my name is Dave Duvernay and I'm with

13     Florida Beach Advertising.  I just want to thank

14     everybody here for coming.  And anybody that's

15     here to support this, I appreciate that as well.

16     Obviously all the Veterans.  Without Veterans

17     obviously we wouldn't have a chance to even be

18     here to have a vote for something like this.  So

19     that's first and foremost.  And thank you for the

20     City for putting this up to a vote.

21          I was obviously going to thank Mr. Payne.  I

22     didn't reach out to Mr. Payne, Mr. Payne actually

23     reached out to me after everything that happened

24     on Facebook.  I received a call from Mr. Payne --

25     well, actually via text message and then also

```
1     email.  I wasn't even aware that something like

2     this could happen; like I could go this route to

3     have a vote for something like this.  So when I

4     called the City, yes, I had been given an

5     ordinance violation, and that's specifically why

6     I called, to get permission just for the Veterans

7     Day Boat Parade.

8         I would have to disagree that I asked for

9     the two Saturdays prior.  Knowing that I had the

10    ordinance violation I did not say that I wanted

11    the two Saturdays prior to that.  I only wanted

12    the day of the parade with just a thank you

13    Veterans sign.  So I had no intention of

14    advertising in Treasure Island.  I don't need to

15    advertise in Treasure Island.  Everything we do

16    is out in the Gulf.  There's no customers in the

17    back, so I don't need to be advertising for

18    anything.  Obviously somehow we got off on the

19    wrong foot with all that, but everything got

20    blown out of proportion.

21        So anyhow, when I called I knew there was an

22    ordinance against advertising signs, and I was

23    trying to do the right thing by getting

24    permission.  And I feel like I communicated the

25    original request very clearly.  I never wanted to
```

1       advertise for anything in Treasure Island.  So I

2       have to assume that somewhere the message got

3       scrambled at some point, because I don't believe

4       that anyone here is against this particular idea,

5       and I don't know why it would have got turned

6       down in the first place.

7           I can't imagine why anyone wouldn't want to

8       allow a thank you Veterans sign during the

9       Veterans Parade.  That just doesn't make sense to

10      me.  So I was told that I should apologize for

11      posting about this on Facebook by somebody that I

12      respect, and I disagree with that wholeheartedly.

13      I only posted exactly what I was told by the City

14      when I originally asked for the request.

15          When I was told no by Jennifer, who I know

16      is only passing along the message, I said wait a

17      minute, you want me to go back to these vets that

18      are on the boat and tell them that the City of

19      Treasure Island won't allow a thank you Veterans

20      sign during the thank you Veterans Parade?  And

21      she said, yes, that's what you're going to have

22      to do.

23          So when I posted an apology about not being

24      able to go through Treasure Island on Facebook I

25      did exactly what you told me to do, no more, no

1 less.  So I'm not sorry for the post, and I'm not

2 sorry it got so much attention and support from

3 the community.  And I hope that your vote to

4 allow us to travel through TI with the thank you

5 Veterans sign gets just as much attention as the

6 original mistake that was made to begin with.

7  Thank you.

8  MAYOR LUNN:  Okay.  I have another card.

9 Pam Rasmussen.

10  MS. RASMUSSEN:  Good evening.  Pam

11 Rasmussen, 567 Normandy Road.  I live in Madeira

12 Beach, and I am one of two chairpersons for the

13 Annual Veterans Boat Parade, which this year of

14 2019 will be our 23rd year.  I know for many

15 years prior to myself taking over, and Roger

16 Gersham, Treasure Island was a big supporter and

17 sponsor of the parade.  We understand fiscal and

18 financial things happen and you can no longer

19 continue to do that, but if it ever changed we'd

20 be happy to have you guys back and come back up

21 here to City Hall.

22  Dave is one of our sponsors this year.  He's

23 a new sponsor and we were very happy to have him.

24 I'm sorry to hear everything that's gone on with

25 Facebook.  Roger and myself have nothing to do

1      with that, but we are here to try and support Mr.

2      Duvernay and his business.

3            Again, he's not doing any advertising on our

4      behalf on parade day.  It's only going to be

5      November 9th.  And we would like to ask your

6      support and ask that this exception be granted.

7      I understand both sides of the coin.  You were

8      tasked by the residents and your voters to uphold

9      the charter and your ordinances.

10           Madeira Beach is our title sponsor.  They

11     have a very similar ordinance and they have seen

12     fit to give him an exemption for that one day of

13     the parade.  So if there's any questions I can

14     ask -- I mean, that I can answer, feel free to

15     ask me, and that's all I'd like to say.

16           Thank you.

17           MAYOR LUNN:  Jennifer, would you like to

18     comment on the legality of this situation?

19           MS. COWAN:  The only comment I'll make is

20     just that your Code is very clear that signs in

21     or upon any body of water within the City limits

22     are prohibited, unless authorized by the

23     Commission.

24           So I would say that, you know, in making

25     this determination you can't make a determination

1    as to what the content of the sign will be or put

2    any restriction on that, you just have to make a

3    determination as to whether or not you're going

4    to authorize a sign that's otherwise prohibited

5    by your Code.

6        MAYOR LUNN:  Thank you very much.  Any

7    discussion?

8        COMMISSIONER:  We need to have a motion to

9    discuss this.  So I will make a motion that we

10   would consider a request for exemption to the

11   City's Sign Code.

12       COMMISSIONER:  I'll second that.

13       COMMISSIONER:  I have a question for the

14   City Manager, if it's appropriate to ask that

15   now.  So -- or for the City Attorney.  So our

16   Code prohibits all signs on boats in the

17   waterways?  All types of signs?

18       MS. COWAN:  Signs in or on the -- upon any

19   body of water are prohibited, unless otherwise

20   authorized by the Commission, yes.

21       COMMISSIONER:  It's not the type of sign,

22   it's all signs.

23       MS. COWAN:  Right.  And in interpreting your

24   sign regulations you're -- you know, you're

25   restricted in not looking at content but looking

1          at location of signs, size of signs, you know,

2          those kind of --

3                  COMMISSIONER:  Right.

4                  MS. COWAN:  -- restrictions.

5                  COMMISSIONER:  So we couldn't -- so if we

6          were to approve some limited period of time or

7          day, whatever, for this particular request we

8          have no guarantee what's going to be on that sign

9          and we can't say anything about it, right?

10                 MS. COWAN:  Correct.

11                 MAYOR LUNN:  Any other discussion?

12                 COMMISSIONER:  I have a couple of things to

13         say, because I'm quite familiar with the boat.

14         He has -- Mr. David Duvernay has come before us

15         to request and exemption for our ordinance

16         regarding the portable signs, and it has been a

17         hot point on our social media.

18                 But really the true beginnings of the issues

19         with Florida Boat Advertising go back to early

20         this year.  On April 15th a SeeClickFix complaint

21         was sent to the Treasure Island Police Department

22         regarding the billboard boat sign belonging to

23         Florida Beach Advertising, which was observed and

24         captured on video in the waterway of Treasure

25         Island.  Treasure Island Marine Patrol contacted

1       Mr. Duvernay on April 18th and advised him of our

2       City Ordinance prohibiting signs.

3           Mr. Duvernay at that time claimed he was

4       unaware of the ordinance, and was informed that

5       he was not permitted to bring his boat into

6       Treasure Island jurisdiction because of our Sign

7       Ordinance, which encompasses the second half of

8       John's Pass channel and the western edge of the

9       intracoastal waterway stretching from John's Pass

10      to Blind Pass.  He was also requested to refrain

11      from the Treasure Island beaches in the Gulf,

12      which is where the video was taken.

13          At that time Mr. Duvernay agreed to remain

14      on the Madeira Beach side of the waterway and

15      turn the billboard off when traveling through the

16      Treasure Island Causeway and St. Pete Beach,

17      towards St. Pete Beach.  A verbal warning was

18      issued to him at that time.  And despite that

19      warning, Mr. Duvernay's sign boat has been

20      spotted and photographed within the restricted

21      Treasure Island waterways and along the coast

22      from John's Pass to Sunset Beach on multiple

23      occasions.

24          After receiving multiple warnings he was

25      cited for the violation on October 5th.  From

1    what I understand, Mr. Duvernay came to the City

2    Hall about bringing the boat to Treasure Island

3    waters for two weeks to advertise a decorating

4    contest.  No mention was made at the time about

5    the thank you Veterans sign being used in the

6    parade.

7         When he was told the advertising was not

8    permitted, Mr. Duvernay took to social media on

9    October 15th -- 16th, I'm sorry, and falsely

10   claimed that the City of Treasure Island was

11   denying his request to allow his boat to travel

12   in Treasure Island waters to display a thank you

13   Veterans sign during the Madeira Beach Boat

14   Parade, and insinuating that the denial was based

15   on the fact that Treasure Island was against

16   veterans.  He took a bold face lie and wrapped it

17   in the American flag in order to gain sympathy

18   for his cause and for himself.

19        The real facts of the matter were that his

20   boat is not permitted to advertise in Treasure

21   Island due to our sign restrictions, and the

22   decision has been placed long before any mention

23   of the boat parade.  It had nothing to do with

24   the Veterans or the impending boat parade.  He is

25   only formally coming before the Commission

1      tonight to make his request after Commissioner

2      Payne tried to lead him in the right direction.

3          It should be noted that the City of Madeira

4      Beach has similar sign ordinances, and I find it

5      interesting in the letter that I received from

6      the chairperson at the American Legion Annual

7      Boat Parade, she stated in part -- I will quote

8      her letter directly.

9          It has come to our attention that due to an

10     ordinance within your City one of the boats in

11     our parade will not be allowed to travel in the

12     area that lies within Treasure Island, or have

13     his opportunity to solute Captain Graham.  We ran

14     into a similar situation in Madeira Beach, who is

15     our title sponsor, although after some discussion

16     they have found it appropriate to work past that

17     when they will be giving this boat captain an

18     exemption on this day in regards to the

19     ordinance.

20         According to her statement, it would appear

21     that this boat is not in compliance with Madeira

22     Beach ordinances either; otherwise, why would he

23     need to be granted and exemption to the ordinance

24     for one day.  Mr. Duvernay's boat is a constant

25     fixture in Madeira Beach waterways and his sign

1       is always on.

2           I find it insulting that he would insinuate

3       that our City, our City Staff, or the Board of

4       Commission is anti-veteran.  Our City Manager is

5       a retired colonel and many of our members of our

6       City Staff are veterans.  On a personal note, my

7       father is a veteran, and in my regular daytime

8       job I'm honored to serve veterans on a daily

9       basis as a surgical nurse at the Bay Pines VA.  I

10      also find it insulting that he would stand up at

11      the captains' meeting on November 1st and tell

12      the assembled crowd a series of half truths and

13      lies in order to disparage Treasure Island while

14      attempting to make himself look good.

15          Mr. Duvernay, you've presented a false

16      narrative to our veterans and our citizens in

17      your entire scope of social networking contacts,

18      and you have attempted to cloak it in the

19      appearance of a sense of patriotism.  And now you

20      come before the Commission to request a special

21      consideration.  How are we going to depend that

22      you are going to stand to your word and be

23      truthful in your characterizations of these

24      events.  Because we cannot regulate, as per our

25      freedom of speech First Amendment rights, what is

1    actually going to be on that sign.  And that's

2    all I have.

3         MAYOR LUNN:  Go ahead.

4         MR. DUVERNAY:  Thank you.  As far as the

5    insinuation, I don't agree that I insinuated

6    anything.  I never had any intention of doing

7    anything that she just described.  I think it's

8    ridiculous that she even brought a lot of that

9    stuff up.  I only did exactly what I was told to

10   do by the City of Treasure Island.  I asked

11   specifically to come to it with a thank you

12   Veterans message only and no advertising.

13        Yes, I had been given an ordinance

14   violation.  And referring back to that ordinance

15   violation, I'm sure for the City it's a big

16   ordeal because you have to deal with all the

17   complaints -- or if there's more complaints than

18   one, I don't know.  Maybe you just don't like it.

19   I don't know.  But when the officer came to me

20   there was just a verbal discussion about staying

21   out of Treasure Island.  I'm not sure what the

22   sign codes are, how the ordinances read, and if

23   I'm really violating the ordinance to begin with.

24        So as a courtesy I said, when I come through

25   Treasure Island I'll turn the sign off as I'm

1      traveling through the intracoastal waterway.  I

2      disagree that you own the intracoastal waterway

3      to begin with, at least in the main channel.  We

4      can say that out to the channel that you own that

5      much of it, but until somebody can show me an

6      exact map of how far out into the channel

7      Treasure Island owns then I'm pretty sure I can

8      travel in a federal waterway with my sign on.

9      Until that goes to some type of trial or court

10     then that will be determined there.

11         I do not go in and out of -- I don't try to

12     stay anywhere close to anything.  I only stay in

13     the main channels.  John's Pass is a main

14     channel.  It's the only direct entrance from the

15     Gulf of Mexico between here and Pass-a-Grille.  I

16     can't go out Blind Pass because of low-lying

17     bridges.  So I can only go out John's Pass or

18     through Pass-a-Grille, or Clearwater for that

19     point.  While I'm traveling in the intracoastal I

20     only stay in the main waterway channel.  I don't

21     go in and out of the houses.  I beg you to try to

22     find me anywhere other than on the beach or in a

23     main waterway channel.  I promise you you don't

24     have picture of that.

25         As far as the beach is concerned, your City

1    Ordinance ends at the high tide water line.  So

2    I'm out in the Gulf of Mexico, those are state

3    waters.  If you have video of me out there then

4    sorry, but you don't own those waters.  So I can

5    travel out there as long as the state says I can.

6        As far as the -- I'm still upset about being

7    portrayed as somebody who has tried to somehow

8    make the City look bad.  I didn't try to make the

9    City look bad.  The City looked bad all by itself

10   by not allowing a thank you Veterans sign during

11   a thank you Veterans Parade.  That's all I have

12   to say about that.

13       MAYOR LUNN:  We do have a motion and a

14   second to the motion.  If there's no further

15   discussion, I'd like to call for the polling of

16   our Commission, please.

17       CITY CLERK:  Commissioner Toth?

18       COMMISSIONER TOTH:  No.

19       CITY CLERK:  Commissioner Payne is absent.

20   Commissioner Partridge?

21       COMMISSIONER:  Just a point of order, I

22   think we need to make a motion.  If somebody

23   wants to make a motion, we have to make a motion

24   that either approves or denies.  Is that correct?

25       COMMISSIONER:  She made a motion to approve?

1           COMMISSIONER:  Yes.

2           COMMISSIONER:  Okay.

3           CITY CLERK:  Commissioner Partridge?

4           COMMISSIONER PARTRIDGE:  No.

5           CITY CLERK:  Commissioner Horak?

6           COMMISSIONER HORAK:  No.

7           CITY CLERK:  Mayor Lunn?

8           MAYOR LUNN:  No.

9           (Whereupon, the excerpt was concluded.)

10    BY MR. WEBER:

11       Q    Mr. Brumback, sorry for the length of that,

12    but I just wanted to cover a couple of things.  Can

13    you hear me well?

14       A    I can.  Can I have two minutes?

15       Q    Sure.  Absolutely.

16           MR. WEBER:  No problem.

17           (Whereupon, a brief break was taken.

18    BY MR. WEBER:

19       Q    Okay.  So the excerpt of the Commission

20    Meeting that I've shown you, does that fairly and

21    accurately depict the Commission Meeting of

22    November 5th --

23       A    Yes.

24       Q    -- as it relates to this -- okay.

25           And I'll just represent to you that I

1    downloaded the video of your Commission Meeting from

2    your website and just excerpted the portion that

3    related to this.  Okay?

4         A    Okay.

5         Q    Does that refresh your recollection as to

6    whether you made recommendations to the Commission

7    about this matter?

8         A    It does.

9         Q    All right.  And you told the Commission that

10   there was a series of bullying and threatening

11   Facebook posts.  Did you see that?

12        A    That I said that, yes.

13        Q    Are you aware of any Facebook posts other

14   than the one we previously identified from Mr.

15   Duvernay of October 16th?

16        A    I don't recall.

17        Q    I mean, as you sit here today, can you

18   identify or produce this series of bullying and

19   threatening Facebook posts from Mr. Duvernay?

20        A    I cannot.

21        Q    The Veterans Parade -- you've only been with

22   the City for three years.  You heard Ms. Rasmussen

23   indicate the City used to sponsor the event.  Do you

24   have any idea of what the parade is and what it's

25   route is or anything of that nature?

1      A    Vaguely.

2      Q    Do you know whether or not the City was

3  encouraging its residents to participate in the parade

4  by decorating their backyards, coming out waiving to

5  the boats, anything of that nature?

6      A    Not that I'm aware of.

7      Q    All right.  I'm going to show you the next

8  exhibit, which I've identified as Exhibit 7, which is

9  the Regular Meeting Minutes of the November 5th, 2019

10  Commission Meeting at 6:00 p.m.  If you can locate

11  those.  There's also a Workshop immediately following,

12  so it's a composite of both meetings.

13      A    The latest I have -- I've got a 12/6/2019,

14  and the one prior to that is a 12/28/2018.

15      Q    Okay.

16          MR. WEBER:  Ms. Schinella, with your

17      permission I'm going to email this exhibit to

18      your client directly, to the City Manager.

19          MS. SCHINELLA:  Yes.  Can you just cc me on

20      it?

21          MR. WEBER:  Sure.

22          MS. SCHINELLA:  Thank you.

23          MR. WEBER:  I have your email address in

24      my --

25          MS. SCHINELLA:  It's just L and then

1       Schinella at Unicesalzman.com.

2   BY MR. WEBER:

3       Q    Mr. Brumback, I just sent you the Minutes

4   that I wanted to talk about.

5       A    It's not coming up.  Mr. Weber, can you tell

6   me what email address you're sending it to.

7       Q    Gbrumback@mytreasureisland.org.

8       A    That's the correct one.

9       Q    It just went.  I'm sorry, it hung in my

10  outbox for a second.

11      A    Oh, okay.  Got it.

12      Q    All right.

13          MR. WEBER:  Ms. Schinella, it came back

14      undeliverable to you.  I apologize.  Maybe I

15      didn't type it correctly.

16          MS. SCHINELLA:  Garry, can you just forward

17      it to me?

18          THE WITNESS:  Sure.  Okay.  Laura, you

19      should have it.

20          MS. SCHINELLA:  Thank you.  Received.

21          MR. WEBER:  All right.  Thank you.

22          (Whereupon, Exhibit 7 was identified.)

23  BY MR. WEBER:

24      Q    Mr. Brumback, do you recognize these as the

25  Minutes of the November 5th, 2019 Regular Commission

1    Meeting and the ensuing Workshop as approved?

2            MS. SCHINELLA:  And Tim, I'm not trying to

3        interject but is this your 7?

4            MR. WEBER:  Correct.

5            MS. SCHINELLA:  Okay.

6            THE WITNESS:  I do.

7    BY MR. WEBER:

8        Q    All right.  And at the bottom of page three

9    of five of the Regular Meeting Minutes there's a

10   reference there to an occurrence at 6:26 p.m.

11           Do you see that?

12       A    I do.

13       Q    All right.  Was the item that we just saw

14   reopened for purposes of reading Commissioner Payne's

15   statement?

16       A    It was.

17       Q    And was Commissioner Payne's statement

18   accurately reported here in the Minutes?

19       A    Yes.

20       Q    All right.  And if I could call your

21   attention to the Workshop Minutes that follow

22   immediately, and specifically the last page, three of

23   three.

24       A    Okay.

25       Q    Do you see there under the City Commission

1    Reports it indicates Commissioner Horak was asking

2    folks to come out for the Veterans Day Parade on

3    November 10th at 10:00 a.m.?

4            Do you see that?

5       A    I do.

6       Q    Does the City have a land parade?

7       A    A land parade?

8       Q    Yeah.  This Veterans Parade she's referring

9    to is on November 10th.  Is there a parade through the

10   City for Veterans Day?

11      A    There is, sponsored by the American Legion.

12      Q    Okay.  The same American Legion that

13   sponsors the Boat Parade?

14      A    I don't know.

15      Q    Okay.  The parade through the City, is there

16   any type of special permit for that parade?

17      A    Not that I'm aware of.

18      Q    All right.  Do the people in that parade

19   have signs?

20      A    Not that I recall.

21      Q    No thank you Veterans signs, or anything of

22   that nature in the Veterans Day Parade?

23      A    They may, I just don't recall it.

24      Q    Does the City cite anybody participating in

25   the Veterans Day Parade in the City with any sign

1    violations?

2         A    Not that I'm aware of.

3         Q    Have you ever seen that in the history of

4    the City?

5         A    Not in my history.

6         Q    All right.  I'm going to call your attention

7    to Exhibit 8 which is a composite of photographs from

8    the Veterans Day Boat Parade on November 9th.  It

9    should be 11 pages with two photos to a page.

10        A    I don't have that.  I only have two

11   pictures, one that's Hubbard's Dolphin Watch and one

12   that's a thank you Veterans.

13             You said Exhibit 8, Mr. Weber?

14        Q    Yes, sir.

15        A    Okay.

16        Q    And I'll just represent to you that these

17   are various photographs of boats that participated in

18   the Veterans Day Boat Parade.

19             (Whereupon, Exhibit 8 was identified.)

20   BY MR. WEBER:

21        Q    Do you know whether the City took any

22   photographic evidence of the Veterans Day Boat Parade?

23        A    I do not.

24        Q    All right.  Do you know whether or not the

25   Veterans Day Boat Parade one of the criteria for every

1    boat judged in the parade was that it had some kind of

2    a sign related to the Veterans?

3         A    I did not.

4         Q    Do you have any explanation, as you sit here

5    today, why Mr. Duvernay's boat was cited and none of

6    the other vessels participating in the Veterans Day

7    Boat Parade were cited by the City of Treasure Island?

8              MS. SCHINELLA:  Objection to the form of the

9         question.

10   BY MR. WEBER:

11        Q    You can answer, if you can.

12        A    I do not.

13        Q    I'm going to call your attention to Exhibit

14   9, which is the citation for November 9th of 2019 that

15   was issued to Mr. Duvernay.

16             Are you familiar with that particular item?

17        A    You said Exhibit 9?

18        Q    Correct, sir.

19        A    Okay.

20             (Whereupon, Exhibit 9 was identified.)

21   BY MR. WEBER:

22        Q    Have you seen this citation before from

23   November 9th, 2019 for Mr. Duvernay?

24        A    Yes.

25        Q    All right.  And he was cited for operating a

1    commercial vessel, and it seems the location was the

2    intercoastal waterway between Isle of Capri and Isle

3    of Palm.

4           Do you see that?

5      A    I do.

6      Q    Is it your understanding Mr. Duvernay was

7    cited for operating his commercial vessel in the

8    intercoastal waterway?

9      A    No.  It's my understanding it was the sign.

10     Q    Okay.  But the location was in the

11   intercoastal waterway?

12          MS. SCHINELLA:  Object to the form of the

13      question.

14          THE WITNESS:  Yes.

15   BY MR. WEBER:

16     Q    And Exhibit 9A is the corresponding police

17   report for the November 9th incident, reporting law

18   enforcement officer Cody Malander.  See if you can

19   locate that for me.

20     A    Okay.

21          (Whereupon, Exhibit 9A was identified.(

22   BY MR. WEBER:

23     Q    Have you ever seen this incident report

24   before?

25     A    Not that I recall.

1      Q    All right.  I'm going to call your attention

2    to the second page of the report in the narrative.

3      A    Okay.

4      Q    It indicates in the first full paragraph

5    there Officer Malander is indicating that he was

6    contacted by a sergeant who was apparently directed by

7    the Police Chief and Commissioner Toth to go out and

8    cite Mr. Duvernay.

9           Is that your understanding as to what

10   happened?

11          MS. SCHINELLA:  Object to the form of the

12       question.  Mr. Brumback, you can answer if you

13       know.

14          THE WITNESS:  No, I'm just reading it to

15       make sure.  I can restate what it says.  I can

16       see that Commissioner Toth advised the Police

17       Chief that there was a violation.

18   BY MR. WEBER:

19     Q    Do you know why Commissioner Toth or the

20   Police Chief or Sergeant DeShay or Officer Malander

21   didn't consider any of the other boats in this parade

22   to be in violation?

23     A    I do not.

24          MS. SCHINELLA:  Object to the form of the

25       last question.

 1    BY MR. WEBER:

 2        Q    At the second to the last paragraph of the

 3    narrative it indicates that Mr. Duvernay asked Officer

 4    Malander if any of the other boats in the parade were

 5    issued a ticket for having signs on them.

 6             Do you see that?

 7        A    My screen's frozen.  I'll be right with you.

 8        Q    Okay.  Take your time.

 9        A    Okay.  Which paragraph again, Mr. Weber?

10    I'm sorry.

11        Q    Yes, sir.  It's the second to the last full

12    paragraph in the narrative.  It starts with the

13    capital letters David.

14        A    I see it.

15        Q    Okay.  Why was the City's enforcement so

16    disparate here between Mr. Duvernay and the other

17    participants in the parade?

18             MS. COWAN:  Objection to form.

19             MS. SCHINELLA:  Same objection.

20             THE WITNESS:  I don't know.

21    BY MR. WEBER:

22        Q    Okay.  Do you believe it was because of his

23    Facebook post?

24             MS. SCHINELLA:  Object to the form of the

25             question.

 1            THE WITNESS:  I don't know.

 2   BY MR. WEBER:

 3       Q    Item 10 in the exhibits that we have is the

 4   City's Sign Code.  I believe it's maybe Section 73.

 5   See if you can locate that for me, sir.

 6       A    Okay.

 7            (Whereupon, Exhibit 10 was identified.)

 8   BY MR. WEBER:

 9       Q    Are you familiar with the Sign Code of the

10   City?

11       A    In broad terms.

12       Q    Okay.  I'm going to call your attention to

13   Section 73-34, and that's paren 10.  You can let me

14   know when you get there.

15       A    Sure.  Okay.

16       Q    Is this the provision of the City's Code

17   that the City believes is violated by Mr. Duvernay's

18   vessel?

19       A    Yes.

20       Q    All right.  You heard Ms. Cowan advise the

21   Commission that all signs on boats are prohibited by

22   the City's Code.  Is that your understanding of

23   Treasure Island's Code?

24       A    It is.

25            MS. COWAN:  Objection to form.

1    BY MR. WEBER:

2         Q     So as the advice was given it doesn't matter

3    the size of the sign, the nature of the sign, the

4    content of the sign, any of that.  It's all signs

5    right?

6         A     To the best of my knowledge.

7         Q     And do you have an understanding how that

8    might be narrowly tailored to serve some kind of

9    compelling governmental interest of Treasure Island?

10              MS. SCHINELLA:  Object to the form of the

11         question.

12              THE WITNESS:  No.

13   BY MR. WEBER:

14        Q     And the provision of subsection 10, unless

15   authorized by the city commission, do you know whether

16   the Commission has ever granted authorization to any

17   vessel to have a sign in Treasure Island?

18        A     Not that I'm aware of.

19        Q     Do you perceive, sir, that having a flat

20   prohibition on all signs on the water impacts the

21   First Amendment rights of your residents and others?

22              MS. SCHINELLA:  Object to the form of the

23         question.

24              THE WITNESS:  No.

25   BY MR. WEBER:

1      Q    Okay.  Does the City recognize that the

2   First Amendment has application to its Sign Code?

3           MS. COWAN:  Objection to form.

4           MS. SCHINELLA:  Objection to the form of the

5      question.

6           THE WITNESS:  Can you repeat that, please.

7   BY MR. WEBER:

8      Q    You're aware of the First Amendment to the

9   United States Constitution, are you not?

10     A    I am.

11     Q    All right.  And does the City recognize that

12  it has any application to the City's Sign Code?

13          MS. SCHINELLA:  Objection to form.

14          MS. COWAN:  Objection.

15          THE WITNESS:  No.

16  BY MR. WEBER:

17     Q    I'm going to call your attention to Exhibit

18  12, which is a 2019 -- December 19, 2019 citation of

19  Mr. Duvernay.

20     A    Okay.

21          (Whereupon, Exhibit 12 was identified.)

22  BY MR. WEBER:

23     Q    Are you familiar with this particular

24  citation?

25     A    I am now.

1        Q     Okay.  Did you have any involvement in the

2   issuance of this citation to Mr. Duvernay on

3   December 21st of 2019?

4        A     Not that I recall.

5        Q     Do you recall being notified at all about

6   this citation at or about the time it was issued?

7        A     I don't recall.

8        Q     Do you know whether the members of the

9   City's Commission were informed on the morning of the

10  21st of December of the filing of Mr. Duvernay's

11  lawsuit against the City?

12       A     I don't recall the date and time.  I do

13  recall that the notification was made.

14       Q     Do you have any explanation as to why late

15  in the afternoon on the same day of that notification

16  this ticket was issued to Mr. Duvernay?

17            MS. SCHINELLA:  Object to the form of the

18       question.

19            THE WITNESS:  No, I don't.

20  BY MR. WEBER:

21       Q     Okay.  Do you have any idea where

22  Mr. Duvernay's vessel was at the time this particular

23  claimed violation occurred?

24       A     I do not.

25       Q     And I would just note in the citation it

1    says location of offense, 7700 Block TI Beach.  Do you

2    see that?

3             It's about halfway down the citation.

4        A    I do now.

5        Q    Do you know whether this particular citation

6    involved Mr. Duvernay's vessel in the Gulf of Mexico?

7        A    I do not.

8        Q    Do you recognize the 7700 Block of Treasure

9    Island to be essentially Blind Pass where it

10   intersects the Gulf of Mexico?

11            MS. SCHINELLA:  Object to the form.

12            THE WITNESS:  Not to that level of

13        specificity.

14   BY MR. WEBER:

15       Q    Okay.  You referenced that you did have a

16   couple of printed photos, and you now have the

17   electronic exhibits as well.  I'm going to call your

18   attention to Exhibit 13, which is Exhibit B to the

19   Complaint filed in this case.  It's just simply a

20   picture of Mr. Duvernay's vessel with the sign on it.

21       A    I see it.

22            (Whereupon, Exhibit 13 was identified.)

23            MS. SCHINELLA:  Mr. Weber.

24            MR. WEBER:  Go ahead.

25            MS. SCHINELLA:  I don't mean to interrupt.

1       What do you have as 12?

2            MR. WEBER:  The December 19th, 2019

3       citation.

4            MS. SCHINELLA:  Okay.  I had that as 11, so

5       maybe I messed up my numbering.

6            MR. WEBER:  Yeah.  For some reason what I

7       have skips 11.

8            MS. SCHINELLA:  Okay.

9            MR. WEBER:  I've got to go back and figure

10      out if I lost 11 or my numbering was just that

11      awful.

12           MS. SCHINELLA:  Just forget it.  I'm fine

13      with number 11.  I'll go with it.

14  BY MR. WEBER:

15      Q    So is there anything about Mr. Duvernay's

16  sign in particular that caused it to be cited over

17  other boats in the Boat Parade?

18      A    I don't know.

19      Q    All right.  I'm going show you Exhibit 14,

20  which was the Hubbard's Dolphin Watch boat.

21      A    Got it.

22           (Whereupon, Exhibit 14 was identified.)

23  BY MR. WEBER:

24      Q    Does the Hubbard's Dolphin Watch vessel

25  cruise in Treasure Island waters, as you've defined

 1   them?

 2       A    I don't know.  I've never been on it.

 3       Q    If this particular vessel were cruising in

 4   Treasure Island waters is it in violation of the

 5   City's Code?

 6            MS. SCHINELLA:  Object to the form.

 7            THE WITNESS:  Potentially.

 8   BY MR. WEBER:

 9       Q    I'm going to call your attention to Exhibit

10   15, which is simply a copy of Florida Statutes 327.60

11   entitled Local regulations; limitations.  And I'm

12   specifically going to call your attention to

13   subparagraph 2(c).

14       A    Okay.

15            (Whereupon, Exhibit 15 was identified.)

16   BY MR. WEBER:

17       Q    Does the City have a position as to whether

18   its Sign Code is preempted as it relates to the

19   regulation of vessels upon the Florida Intracoastal

20   Waterway?

21            MS. COWAN:  Object.

22            MS. SCHINELLA:  Object to form.

23            THE WITNESS:  No.

24   BY MR. WEBER:

25       Q    Does the City believe that its ordinance

1    applies to vessels upon the Florida Intracoastal

2    Waterway?

3             MS. SCHINELLA:  Object to the form.

4             MS. COWAN:  Join.

5             THE WITNESS:  I can't speak for the whole

6         intracoastal, but the Treasure Island part of it,

7         yes.

8    BY MR. WEBER:

9        Q    And I'm just going to identify Exhibit 16,

10   which is Florida Statutes 327.40 entitled Uniform

11   waterway markers.  Subsection 2(b)1 provides that no

12   person or municipality, county, or other governmental

13   entity shall place any uniform waterway marker in, on,

14   or over the waters or shores of the state without a

15   permit from the division.

16             (Whereupon, Exhibit 16 was identified.)

17   BY MR. WEBER:

18       Q    Do you see that?

19       A    I do.

20       Q    Are you aware whether or not the City of

21   Treasure island has any waterway markers permitted

22   from the state?

23       A    Yes.

24       Q    Which waterway markers does the City permit?

25       A    We've got swim buoys, we've got slow,

1    minimum wake, and we've got some no wake.

2        Q    Okay.  And does the City have a permit to

3    license others to have signs in, on, or over the

4    waters of the City?

5        A    Could you repeat that, please.

6        Q    Yeah.  Does the City have a permit from the

7    state which allows it to license other people to place

8    signs in, on, or upon the waters of Treasure island?

9        A    Not that I'm aware of.

10       Q    All right.  Going back to 73-34 subsection

11   10 of your Sign Code, the one we talked about

12   previously, isn't that really what your Sign Code is

13   addressing, is that people can't put signs in, on, or

14   upon the water?

15           MS. SCHINELLA:  Object to the form.

16           MS. COWAN:  Object.

17           THE WITNESS:  I can only tell you what it

18       says.

19   BY MR. WEBER:

20       Q    Is there anything in 73-34 subsection 10

21   that says it applies to vessels underway?

22           MS. SCHINELLA:  Object to the form.

23           THE WITNESS:  Would you repeat the question,

24       please.

25   BY MR. WEBER:

1    Q    Is there anything in the City's Sign Code

2  73-34 sub 10 that indicates that it applies to vessels

3  underway?

4          MS. SCHINELLA:  Object to the form.

5          THE WITNESS:  Not specifically.

6  BY MR. WEBER:

7    Q    Don't you not read it to prohibit people

8  from putting signs in the water just like Florida

9  Statutes prohibits the City, using almost identical

10 language, from putting signs in water?

11         MS. COWAN:  Object to form.

12         THE WITNESS:  It could be.

13 BY MR. WEBER:

14   Q    Does the state prohibit signs on boats?

15   A    I don't know.

16   Q    Have you ever seen a boat that doesn't have

17 signage on it?

18   A    Yes.

19   Q    Doesn't nearly every boat manufactured and

20 sold have a logo of the manufacturer on it?

21   A    Oh, okay.  That's not what I was thinking

22 about, but --

23   Q    Okay.  That would be a sign, would it not?

24   A    Yes.

25   Q    Does most boats have a Coast Guard sticker

1   on them, that they've been approved by the Coast Guard

2   for inspection?

3       A    The Coast Guard or the state?

4       Q    Yeah.  Does the Coast Guard slap an

5   inspection label on your boat when they've inspected

6   you and you've passed?

7       A    I don't know.

8       Q    Is that a sign, if it were on a boat?

9       A    I don't know.

10      Q    Pretty popular these days among boaters

11  where they have wraps on the hull.  Have you seen boat

12  wraps?

13      A    I have.

14      Q    Would those be signs that would be

15  prohibited by the City of Treasure Island?

16          MS. SCHINELLA:  Object to the form.

17          THE WITNESS:  I wouldn't think so.

18  BY MR. WEBER:

19      Q    Even if they have a message on them of some

20  sort?

21      A    Potentially.

22          MS. SCHINELLA:  Same objection to the last

23      question.

24  BY MR. WEBER:

25      Q    And I'll just identify for the record

1      Exhibit 17, which was Florida Statutes 327.41.

2      Subsection 4 again prohibits a municipality, county,

3      or other governmental entity from placing regulatory

4      markers in, on, or over the waters of the state

5      without a permit from the division.

6              (Whereupon, Exhibit 17 was identified.)

7      BY MR. WEBER:

8          Q    That language in, on, or over the waters, do

9      you consider that to apply to vessels underway?

10             MS. SCHINELLA:  Object to the form.

11             THE WITNESS:  I don't know.

12     BY MR. WEBER:

13         Q    Item 18 is a response my office received to

14     a public records request from the City, and I'm just

15     going to touch on a few --

16         A    Okay.

17         Q    I'm scrolling to the provision I'm going to

18     ask you about.  And specifically my request had dealt

19     with parades, so I'm going to forward you to page 23

20     of 154 in that composite exhibit.

21         A    Okay.

22             (Whereupon, Exhibit 18 was identified.)

23     BY MR. WEBER:

24         Q    And who is Mr. Silverboard, by the way?

25         A    My predecessor.

1      Q    All right.  And it's indicating here that

2  Mr. Silverboard was reporting that there will be a

3  holiday boat parade.  He's providing information

4  regarding that.  And he would be leaving a box at City

5  Hall for people to donate a toy in return for a pass

6  to the boat parade.

7           Do you see that?

8      A    I do.

9      Q    Does the city currently have any

10  participation in the holiday boat parade?

11     A    We haven't since I've been here, but we

12  were -- we're planning on participating in the next

13  one this year.

14     Q    Does the City intend to allow people to have

15  signs on their vessels during the holiday boat parade?

16          MS. SCHINELLA:  Object to form.

17          THE WITNESS:  I don't know.

18  BY MR. WEBER:

19     Q    If the 24th Annual Veterans Day Boat Parade

20  enters Treasure Island waters in November of this

21  year, does the City intend to enforce its sign

22  ordinance against the participants of that parade?

23     A    I expect yes, as they're able.

24     Q    Okay.  On page 26 of 154 there is a

25  memorandum from your predecessor to the Parks and --

1    excuse me -- from the Parks and Recreation Director to

2    your predecessor regarding the John Levique Pirate

3    Days Parade.

4           Do you see that?

5       A    I do.

6       Q    Is that a parade event that occurs in the

7    City?

8       A    It precedes me.

9       Q    Okay.  Do you know whether that parade

10   currently occurs in the City?

11      A    I don't believe so.

12      Q    All right.  Do you know whether the City

13   ever cited any participants of that parade for

14   violating the City Sign Code?

15      A    I do not know.

16      Q    I'm going to call your attention to page 52

17   of 154 in Composite Exhibit 18.  Is there a dog parade

18   that occurs in the City Park?

19      A    A dog parade?

20      Q    Are there currently any dog parades that

21   occur in the City Park?

22      A    Not that I'm aware of.

23      Q    Does the City itself have any parade events

24   that the City sponsors?

25      A    I don't know.  I don't believe so.

1          Q     And I apologize if I've already asked this.

2    Have you ever spoken to Mr. Duvernay?

3          A     Not that I recall.

4          Q     All right.

5                MR. WEBER:  If we can just take a

6          five-minute break I'm going to check my notes,

7          see if there's anything else I need to ask you.

8          And everybody can stretch, get a glass of water,

9          whatever you need to do, and we should be able to

10         wrap up.

11               THE WITNESS:  Thank you.

12               (Whereupon, a short break was taken.)

13               MR. WEBER:  Okay.  I don't have anything

14         else other than today's Notice of Taking 30(B)(6)

15         Deposition of City of Treasure Island I'd like to

16         mark and identify and mark as Exhibit 11.  I'm

17         having my assistant send that out to everyone as

18         such.

19               (Whereupon, Exhibit 11 was identified.)

20               MR. WEBER:  But that gives us 1, 1A, 2, 3,

21         4, 5, 6, 7, 8, 9, 9A, and then 10 through 18.

22               And does our court reporter have all of

23         those?

24               COURT REPORTER:  Yes, we did receive them,

25         Tim.  Thank you.

1          MR. WEBER:  All right.  Super.  She's going

2      to send you 11.  Your witness.

3          MS. SCHINELLA:  I have no questions,

4      Mr. Brumback.  Would you like to read or waive?

5          THE WITNESS:  I'm sorry?

6          MS. SCHINELLA:  Would you like to read or

7      waive?

8          MR. BRUMBACK:  Waive.

9          MR. WEBER:  Thank you.  We'll take the

10     original.

11         MS. SCHINELLA:  Copy as well.

12         (Whereupon, the Deposition was concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          CERTIFICATE OF OATH

2

3    STATE OF FLORIDA          )

4    COUNTY OF PINELLAS        )

5

6        I, the undersigned authority, certify that

7    GARRY BRUMBACK personally appeared before me and

8    was duly sworn.

9        WITNESS my hand and official seal this 7th day of

10   October, 2020.

11

12                          /s/ DAVID S. DARRETTA

13                          _____

14                          DAVID S. DARRETTA

15                          Notary Public - State of Florida

16

17

18

19

20

21

22

23

24

25

1                        REPORTER'S CERTIFICATE

2

3     STATE OF FLORIDA          )

4     COUNTY OF PINELLAS         )

5          I, DAVID S. DARRETTA, Court Reporter, certify that I
      was authorized to and did stenographically report the
6     deposition of GARRY BRUMBACK; that a review of the
      transcript WAS NOT requested; and that the transcript is a
7     true and complete record of my stenographic notes.

8          I further certify that I am not a relative,
      employee, attorney or counsel of any of the parties,
9     nor am I a relative or employee of any of the parties'
      attorney or counsel connected with the action, nor am
10    I financially interested in the action.

11         Dated this 7th day of October, 2020.

12

13                             /s/ DAVID S. DARRETTA

14                             _____
                               DAVID S. DARRETTA
15

16

17

18

19

20

21

22

23

24

25

**&** 2:3,12

**10th** 51:3,9

**111th** 32:10

**15th** 38:20 40:9

**16th** 18:24 40:9 47:15

**17th** 19:14

**18th** 23:24 39:1

**19th** 62:2

**1a** 8:23 9:4 71:20

**1st** 42:11

**21st** 60:3,10

**23rd** 16:25 17:6 35:14

**24th** 69:19

**2b1** 64:11

**2c** 63:13

**30b6** 71:14

**5th** 7:16,25 8:18,24 11:13,20 12:4,15 21:12 27:19,21 28:20 39:25 46:22 48:9 49:25 (16)

**7th** 73:9 74:11

**819cv03113** 1:8

**8th** 30:3

**9a** 54:16,21 71:21

**9th** 20:22 21:8 36:5 52:8 53:14,23 54:17 (7)

**able** 19:7 34:24 69:23 71:9 (4)

**about** 7:12 8:5 11:24 12:21 13:3 14:4,5 18:21,24 29:17,19 34:11,23 38:9 40:2,4 43:20 45:6,12 47:7 49:4 60:5,6 61:3 62:15 65:11 66:22 68:18 (28)

**absent** 45:19

**absolutely** 46:15

**according** 28:6 30:23 41:20

**accurately** 9:17 18:25 29:4 46:21 50:18 (5)

**action** 74:9,10

**actions** 8:6

**activity** 7:2

**actually** 11:25 18:11 30:11 32:22,25 43:1 (6)

**additional** 25:23,24

**address** 25:7,11 27:7 32:8,8,10 48:23 49:6 (8)

**addressing** 65:13

**adduced** 5:2

**advance** 24:15

**advantageous** 26:10

**advertise** 30:20 33:15 34:1 40:3,20 (5)

**advertising** 1:4 30:5,13,15 32:13 33:14,17,22 36:3 38:19,23 40:7 43:12 (13)

**advice** 58:2

**advise** 32:8 57:20

**advised** 39:1 55:16

**affect** 31:18

**after** 5:2 15:7 26:16 30:22 32:23 39:24 41:1,15 (8)

**afternoon** 60:15

**again** 32:11 36:3 56:9 68:2 (4)

**against** 17:11 33:22 34:4 40:15 60:11 69:22 (6)

**agenda** 13:23 28:6

**agree** 43:5

**agreed** 39:13

**ahead** 9:7 28:11 43:3 61:24 (4)

**alleged** 9:17

**allow** 19:24 28:17 31:15,20 34:8,19 35:4 40:11 69:14 (9)

**allowed** 41:11

**allowing** 45:10

**allows** 21:11 65:7

**almost** 18:17 66:9

**along** 34:16 39:21

**already** 71:1

**also** 15:2 17:24 23:15 32:25 39:10 42:10 48:11 (7)

**although** 41:15

**always** 42:1

**am** 1:15,15 13:15 35:12 51:3 59:10,25 74:8,9,9 (10)

**amendment** 42:25 58:21 59:2,8 (4)

**america** 18:14

**american** 40:17 41:6 51:11,12 (4)

**among** 67:10

**annual** 16:25 17:7 35:13 41:6 69:19 (5)

**another** 10:21 20:22 35:8

**answer** 9:8 28:11 36:14 53:11 55:12 (5)

**answering** 5:16

**answers** 5:18

**anticipated** 13:13

**antiveteran** 32:1 42:4

**anybody** 17:17 32:14 51:24

**anyhow** 33:21

**anyone** 14:24 17:5 23:17 25:23 34:4,7 (6)

**anything** 7:3 8:17 12:22 15:14,17 33:18 34:1 38:9 43:6,7 44:12 47:25 48:5 51:21 62:15 65:20 66:1 71:7,13 (19)

**anywhere** 44:12,22

**apologize** 11:18 29:9 34:10 49:14 71:1 (5)

**apology** 34:23

**apparently** 55:6

**appear** 41:20

**appearance** 42:19

**appeared** 73:7

**applicable** 31:11

**application** 22:5,9 23:19 59:2,12 (5)

**applied** 22:17

**applies** 64:1 65:21 66:2

**apply** 10:16 68:9

**appreciate** 32:15

**appropriate** 37:14 41:16

**approval** 32:4

**approve** 30:23 38:6 45:25

**approved** 50:1 67:1

**approves** 45:24

**approving** 29:25

**approximately** 30:3

**april** 38:20 39:1

**are** 5:13 6:8 10:24 11:2,8 13:1,5,6,8,8 23:2 24:1 25:3,3 34:18 36:1,22 37:19 42:6,21,22 43:22 45:2 47:13 52:17 53:16 57:9,21 59:9,23 64:20 70:20 (32)

**area** 41:12

**armand** 7:11

**arose** 27:9

**around** 17:12,16

**aside** 25:25

**ask** 7:15 11:16,18 29:4 31:6 36:5,6,14,15 37:14 68:18 71:7 (12)

**asked** 8:22 26:4 30:22 33:8 34:14 43:10 56:3 71:1 (8)

**asking** 5:10,15,23 14:21 25:25,25 51:1 (7)

**assembled** 42:12

**assistant** 25:19 71:17

**assume** 9:19 11:4

34:2

**attempted** 42:18

**attempting** 42:14

**attention** 12:18 17:18 35:2,5 41:9 50:21 52:6 53:13 55:1 57:12 59:17 61:18 63:9,12 70:16 (15)

**attorney** 2:6,10,14 14:2 15:3 37:15 74:8,9 (8)

**audio** 29:18

**authentic** 21:16

**authority** 7:1,6 15:12 31:3 73:6 (5)

**authorization** 58:16

**authorize** 37:4

**authorized** 36:22 37:20 58:15 74:5 (4)

**avenue** 2:4

**aware** 12:16 13:5,8,15 14:1 15:24 16:4,12 17:17 20:18 23:4 26:3 33:1 47:13 48:6 51:17 52:2 58:18 59:8 64:20 65:9 70:22 (22)

**awful** 62:11

**b** 3:10 61:18

**back** 13:21 15:16 31:1,19 33:17 34:17 35:20,20

38:19 43:14 49:13 62:9 65:10 (13)

**background** 20:6

**backyards** 48:4

**bad** 11:17,18 45:8,9,9 (5)

**baked** 27:25

**based** 22:19 40:14

**basically** 6:17

**basis** 42:9

**bay** 42:9

**beach** 1:4 18:14 26:7,11,17,17,20 27:1,10,14 30:5,13 32:13 35:12 36:10 38:23 39:14,16,17,22 40:13 41:4,14,22,25 44:22,25 61:1 (28)

**beaches** 39:11

**bear** 29:11

**became** 31:22

**because** 26:1 27:12 28:24 31:11 34:3 38:13 39:6 42:24 43:16 44:16 56:22 (11)

**before** 1:19 9:7 13:19,21 15:13,20,25 19:23 21:12,22 28:5 38:14 40:22,25 42:20 53:22 54:24 73:7 (18)

**beg** 13:7 44:21

**begin** 35:6 43:23 44:3

**beginnings** 38:18

**behalf** 6:1 36:4

**behest** 12:10

**being** 5:2 7:25 34:23 40:5 45:6 60:5 (6)

**belief** 10:7

**believe** 11:1 24:16 34:3 56:22 57:4 63:25 70:11,25 (8)

**believed** 15:3 28:1

**believes** 57:17

**belonging** 38:22

**best** 58:6

**better** 11:16

**between** 23:6 44:15 54:2 56:16 (4)

**beyond** 15:11

**big** 35:16 43:15

**billboard** 8:5 38:22 39:15

**bless** 18:13

**blind** 39:10 44:16 61:9

**block** 61:1,8

**blown** 33:20

**board** 42:3

**boat** 4:1 8:5 13:14 14:6 16:3,9, 14,15,21,23,25 17:2,7 19:15 28:2 30:15,18 31:16 33:7 34:18 35:13 38:13,19,22 39:5,19 40:2,11,13 ,20,23,24 41:7,17,21,24 51:13 52:8,18,22,25 53:1,5,7 62:17,20 66:16,19 67:5,8,11 69:3,6,10,15,19 (56)

**boaters** 67:10

**boats** 11:9 37:16 41:10 48:5 52:17 55:21 56:4 57:21 62:17 66:14,25 (11)

**body** 36:21 37:19

**bold** 40:16

**both** 5:17 36:7 48:12

**bottom** 18:9 50:8

**boudreau** 7:11

**box** 69:4

**break** 6:2,2 46:17 71:6,12 (5)

**bridge** 8:12 9:13

**bridges** 44:17

**brief** 46:17

**bring** 39:5

**bringing** 40:2

**broad** 57:11

**brought** 12:17 14:9 43:8

**brumback** 1:12 3:3 5:1,8 6:7,7 30:2,7,10 46:11 49:3,24 55:12 72:4,8 73:7 74:6 (17)

**bryant** 2:12

**bullying** 31:22 47:10,18

**buoys** 64:25

**business** 11:2 29:6,24 36:2 (4)

**busy** 11:5

**c** 2:1 6:7

**call** 15:10,16 17:18 27:6,10,16 30:4,12,22 32:24 45:15 50:20 52:6 53:13 55:1 57:12 59:17 61:17 63:9,12 70:16 (21)

**called** 31:1 33:4,6,21 (4)

**calls** 12:20,23

**came** 30:22 40:1 43:19 49:13 (4)

**can** 6:2 7:16 8:22 9:8 17:21 19:14 23:8 28:11 29:13,15,15 35:18 36:13,14 44:4,5,7,17 45:4,5 46:12,14,14 47:17 48:10,19 49:5,16 53:11,11 54:18 55:12,15,15 57:5,13 59:6 65:17 71:5,8 (40)

**can't** 32:3 34:7 36:25 38:9 44:16 64:5 65:13 (7)

**cannot** 42:24 47:20

**capacity** 5:11 6:16

**capital** 56:13

**capri** 54:2

**captain** 41:13,17

**captains'** 42:11

**captured** 38:24

**card** 32:6 35:8

**case** 61:19

**categorically** 20:16

**cause** 40:18

**caused** 27:9 62:16

**causeway** 39:16

**cc** 48:19

**center** 8:11 9:12

**central** 2:4

**certificate** 73:1 74:1

**certify** 73:6 74:5,8

**chain** 3:15 6:24

**chairperson** 41:6

**chairpersons** 35:12

**challenged** 14:19

**chance** 32:17

**changed** 35:19

**channel** 39:8 44:3,4,6,14,20,23 (7)

**channels** 44:13

42:23

**charged** 7:2

**charter** 36:9

**check** 71:6

**chief** 7:8,9 55:7,17,20 (5)

**chose** 22:25

**circumstances** 7:24 8:3 9:17

**citation** 3:12,21,25 7:16,18,25 8:9,14,19 11:13 12:4,15 13:13 25:13 26:18,21 53:14,22 59:18,24 60:2,6,25 61:3,5 62:3 (26)

**citations** 7:13 26:2

**cite** 11:23 12:2 20:6 51:24 55:8 (5)

**cited** 7:3 10:20 17:2,5 20:7 26:11 27:15 30:14 39:25 53:5,7,25 54:7 62:16 70:13 (15)

**citizens** 42:16

**city** 1:8 5:12 6:1, 10,10,12,13,18,19, 20 7:3 9:18,20 10:9,16,20 11:14 13:1,12,25 14:2 15:3,19,21 16:2,5,8,11 17:1,5,10,15 18:25 19:6 20:9,15 22:4,10,12,16 23:17 24:24 25:1,17 26:6,8,10,17,25 27:7,10 28:1,7 30:24,25 31:3 32:20 33:4 34:13,18 35:21 36:21 37:14,15 39:2 40:1,10 41:3,10 42:3,3,4,6 43:10,15 44:25 45:8,9,9,17,19 46:3,5,7 47:22,23 48:2,18 50:25 51:6,10,15,24,25 52:4,21 53:7 57:10,17 58:15 59:1,11 60:11 63:17,25 64:20,24 65:2,4,6 66:9 67:15 68:14 69:4,9,14,21 70:7, 10,12,14,18,21,23, 24 71:15 (126)

**city's** 16:13 30:1 37:11 56:15 57:4,16,22 59:12 60:9 63:5 66:1 (11)

**claimed** 39:3 40:10 60:23

**clarification** 5:23

**clear** 36:20

**clearly** 7:18 33:25

**clearwater** 44:18

**clerk** 45:17,19 46:3,5,7 (5)

**client** 48:18

**cloak** 42:18

**close** 44:12

**coast** 39:21 66:25 67:1,3,4 (5)

**cochairs** 24:8,14

**code** 3:23 8:7,8 9:21 10:17 15:5 17:11,15 20:7 21:11 22:6,19,20 23:1 25:14 26:14 27:13,24 28:1,7,15,16,18 30:1 36:20 37:5,11,16 57:4,9,16,22,23 59:2,12 63:5,18 65:11,12 66:1 70:14 (41)

**codes** 43:22

**cody** 26:1 54:18

**coin** 36:7

**colonel** 42:5

**column** 18:1 24:3

**come** 13:11 19:23 23:16,18 35:20 38:14 41:9 42:20 43:11,24 51:2 (11)

**coming** 30:17 32:14 40:25 48:4 49:5 (5)

**command** 6:24

**comment** 24:1 36:18,19

comments 18:21

commercial
9:11,22 10:8,21
11:2 54:1,7 (7)

commission 6:19
13:19,20,23
15:13,21 16:1
19:23 20:12
21:12,22
22:1,14,17,23
24:2,6,12,15 25:14
27:18,20
28:20,23,23
29:5,11,21
31:7,24,25 32:5
36:23 37:20 40:25
42:4,20 45:16
46:19,21 47:1,6,9
48:10 49:25 50:25
57:21 58:15,16
60:9 (50)

commission's
28:13

commissioner
12:11,13 19:13,21
20:4,5
23:7,14,22,25 31:6
37:8,12,13,21
38:3,5,12 41:1 45:
17,18,19,20,21,25
46:1,2,3,4,5,6
50:14,17 51:1
55:7,16,19 (37)

commissioners
30:2

communicate
15:24

communicated
15:14,17 33:24

communication
20:3 21:2

communications
21:21

community 35:3

companies 10:24

company 1:4

compelling 58:9

complaining
12:20

complaint 4:6
38:20 61:19

complaints 8:4
11:24 12:18
13:2,6,9 43:17,17
(8)

complete 74:7

compliance
41:21

composite 48:12
52:7 68:20 70:17
(4)

concerned 22:10
44:25

concerning 7:2
13:2 14:10 29:10
(4)

concluded 46:9
72:12

conducted 15:7

conference 1:16

confirm 8:17

connected 74:9

conscience 28:24
32:4

consider 29:24
37:10 55:21 68:9
(4)

consideration
42:21

constant 41:24

constitution 59:9

contacted 13:12
38:25 55:6

contacts 42:17

content 19:3,5,5
29:5 31:11,12
37:1,25 58:4 (9)

contest 30:20
40:4

continue 35:19

controversial
24:17

conversation
14:8

conversational
5:24

coordinate 15:1

copy 63:10 72:11

corner 18:10

corporate 5:11

correct 10:1
20:12 26:23 28:3
38:10 45:24 49:8
50:4 53:18 (9)

correctly 49:15

correspondence
3:17

corresponding
54:16

could 23:23
25:13 28:23 32:2

33:2,2 50:20 65:5
66:12 (9)

couldn't 38:5

counsel 74:8,9

county 64:12
68:2 73:4 74:4 (4)

couple 12:20
31:24 38:12 46:12
61:16 (5)

course 5:14
24:21

court 1:1 5:17
44:9 71:22,24
74:5 (6)

courtesy 43:24

cover 46:12

cowan 2:12 14:2
36:19 37:18,23
38:4,10 56:18
57:20,25 59:3,14
63:21 64:4 65:16
66:11 (16)

crabb 2:3

crime 7:3

criteria
22:13,16,22 23:3
52:25 (5)

crowd 42:12

cruise 62:25

cruising 63:3

currently 6:8
69:9 70:10,20 (4)

customers 33:16

d 3:1

daily 42:8

daniels 27:1,7

darretta 1:19
73:12,13
74:5,13,14 (6)

date 60:12

dated 74:11

dave 17:20
30:4,12 32:12
35:22 (5)

david 1:5,19 5:9
32:6 38:14 56:13
73:12,13
74:5,13,14 (11)

day 11:8 13:14
16:25 17:7 19:13
20:19 30:20
31:2,10,16,17
33:7,12 36:4,12
38:7 41:18,24
51:2,10,22,25
52:8,18,22,25 53:6
60:15 69:19 73:9
74:11 (31)

days 67:10 70:3

daytime 42:7

deal 43:16

dealt 68:18

december
30:3,6,8 59:18
60:3,10 62:2 (7)

decide 28:13

decided 28:17

decision 11:14
12:14 40:22

decisions 7:7

**decorating** 30:20 40:3 48:4

**defendant** 1:9 2:10,14

**defined** 62:25

**denial** 40:14

**denies** 45:24

**deny** 22:24

**denying** 40:11

**department** 6:21,23 12:1,5,9 15:2 26:1 38:21 (8)

**depend** 42:21

**depict** 46:21

**deposition** 1:12 3:24 5:13 17:10 25:6,8 71:15 72:12 74:6 (9)

**describe** 6:15

**described** 43:7

**description** 3:11

**deshay** 55:20

**desk** 13:17

**despite** 39:18

**details** 24:11

**determination** 23:3 36:25,25 37:3 (4)

**determine** 17:10 22:23 24:22 25:2 (4)

**determined**

17:14 44:10

**didn't** 26:1 32:22 45:8 49:15 55:21 (5)

**different** 5:14 6:24

**digital** 30:15

**direct** 11:21 44:14

**directed** 15:16 55:6

**direction** 41:2

**directive** 12:4,7

**directly** 14:16 18:15 41:8 48:18 (4)

**director** 14:14 70:1

**disagree** 33:8 34:12 44:2

**discuss** 13:13 26:9,25 37:9 (4)

**discussed** 29:3

**discussion** 37:7 38:11 41:15 43:20 45:15 (5)

**disparage** 42:13

**disparate** 56:16

**dispensation** 19:24

**display** 40:12

**district** 1:1,1

**division** 1:2 64:15 68:5

**document** 12:22 17:25 19:11

**documentation** 13:2

**documents** 7:17 25:3,12

**does** 6:20,22,23 10:16 16:8,11 21:6 22:4,12,23 46:20 47:5,8 51:6,24 59:1,11 62:24 63:17,25 64:24 65:2,6 66:14,25 67:4 69:9,14,21 70:23 71:22 (31)

**doesn't** 34:9 58:2 66:16,19 (4)

**dog** 70:17,19,20

**doing** 36:3 43:6

**dolphin** 52:11 62:20,24

**donate** 69:5

**done** 31:20

**down** 5:17 11:22 23:18 34:6 61:3 (5)

**downloaded** 47:1

**dozens** 11:8

**due** 40:21 41:9

**duly** 5:2 73:8

**during** 24:21 34:8,20 40:13 45:10 69:15 (6)

**duties** 6:16

**duvernay** 1:5 4:1

5:9 9:11 13:12,22 14:3,16,21 15:15,20,22 17:6,20 18:6,24 19:13,22 20:20 21:7,22 22:2,9 23:7,15,17 26:12,18 27:15 30:4,12 31:5 32:7,10,12 36:2 38:14 39:1,3,13 40:1,8 42:15 43:4 47:15,19 53:15,23 54:6 55:8 56:3,16 59:19 60:2,16 71:2 (56)

**duvernay's** 7:14 8:10 11:22 13:3 14:10 19:6 20:15 24:24 26:6,7 27:20 28:25 39:19 41:24 53:5 57:17 60:10,22 61:6,20 62:15 (21)

**e** 2:1,1,7 3:1,10 (5)

**early** 38:19

**east** 8:11

**edge** 39:8

**effort** 25:2

**efforts** 24:22 25:7

**either** 41:22 45:24

**electronic** 61:17

**else** 71:7,14

**email** 3:15 19:12 24:7,13,19 33:1 48:17,23 49:6 (9)

**emails** 13:1 24:23

**employ** 22:23

**employed** 6:9

**employee** 13:24 74:8,9

**encompasses** 39:7

**encouraging** 48:3

**ended** 15:12

**ends** 24:11 45:1

**enforce** 69:21

**enforced** 17:11,15

**enforcement** 54:18 56:15

**enforcing** 8:7

**enough** 18:19 20:16

**ensuing** 50:1

**enters** 69:20

**entire** 27:25 42:17

**entitled** 63:11 64:10

**entity** 64:13 68:3

**entrance** 44:14

**esquire** 2:3,7,12

**essentially** 61:9

**evaluated** 22:14

**evaluating** 22:17

**even** 28:5 31:23 32:17 33:1 43:8

67:19 (6)

**evening** 35:10

**event** 16:11
47:23 70:6

**events** 42:24
70:23

**ever** 9:6 10:20
16:23 17:2,11,15
18:5 22:1 27:14
35:19 52:3 54:23
58:16 66:16 70:13
71:2 (16)

**every** 11:17
52:25 66:19

**everybody** 32:14
71:8

**everyone** 71:17

**everything** 32:23
33:15,19 35:24 (4)

**evidence** 52:22

**exact** 44:6

**exactly** 34:13,25
43:9

**examination** 5:5

**exception**
20:11,17 22:25
28:3,8,16,18 29:25
31:7 36:6 (10)

**excerpt** 29:21
46:9,19

**excerpted** 47:2

**excerptmeeting**
3:18

**excuse** 70:1

**exemption**

22:5,7,21,22,24
36:12 37:10 38:15
41:18,23 (10)

**exhibit** 7:21 9:4
18:3 19:12,19
20:24 21:4 23:12
29:7,21 48:8,8,17
49:22 52:7,13,19
53:13,17,20
54:16,21 57:7
59:17,21
61:18,18,22
62:19,22 63:9,15
64:9,16
68:1,6,20,22 70:17
71:16,19 (41)

**exhibit1** 3:12

**exhibit10** 3:23

**exhibit11** 3:24

**exhibit12** 3:25

**exhibit13** 4:1

**exhibit14** 4:2

**exhibit15** 4:3

**exhibit16** 4:4

**exhibit17** 4:5

**exhibit18** 4:6

**exhibit1a** 3:13

**exhibit2** 3:14

**exhibit3** 3:15

**exhibit4** 3:16

**exhibit5** 3:17

**exhibit6** 3:18

**exhibit7** 3:19

**exhibit8** 3:20

**exhibit9** 3:21

**exhibit9a** 3:22

**exhibits** 57:3
61:17

**expect** 69:23

**explained** 30:16

**explanation** 53:4
60:14

**extends** 9:21

**face** 40:16

**facebook** 3:14
17:19,25
18:5,10,23 20:9,16
28:25 31:23 32:24
34:11,24 35:25
47:11,13,19 56:23
(18)

**fact** 19:7 40:15

**facts** 40:19

**fair** 18:19

**fairly** 5:13,24
11:5 29:4 46:20
(5)

**false** 42:15

**falsely** 40:9

**familiar** 38:13
53:16 57:9 59:23
(4)

**far** 22:10,21 23:2
43:4 44:6,25 45:6
(7)

**father** 42:7

**favor** 23:16

**federal** 44:8

**feel** 5:23 33:24
36:14

**female** 14:4,4

**few** 5:10 68:15

**figure** 62:9

**filed** 61:19

**files** 25:2

**filing** 60:10

**financial** 35:18

**financially** 74:10

**find** 25:13 41:4
42:2,10 44:22 (5)

**fine** 62:12

**first** 32:19 34:6
42:25 55:4 58:21
59:2,8 (7)

**fiscal** 35:17

**fit** 36:12

**five** 50:9

**fiveminute** 71:6

**fixture** 41:25

**flag** 40:17

**flat** 58:19

**floor** 2:9

**florida** 1:1,4,4,20
2:33710,34655,14
4:3,4,5 30:5,12
32:11,13 38:19,23
63:10,19 64:1,10
66:8 68:1 73:3,14
74:3 (25)

**focused** 26:13

**folks** 51:2

**follow** 50:21

**following** 13:12
48:11

**follows** 5:3 29:22

**followup** 29:10

**foot** 33:19

**forbidden** 30:25

**forbids** 31:14

**foremost** 32:19

**forget** 62:12

**form** 10:12 22:10
28:9 53:8 54:12
55:11,24 56:18,24
57:25 58:10,22
59:3,4,13 60:17
61:11 63:6,22
64:3 65:15,22
66:4,11 67:16
68:10 69:16 (27)

**forma** 24:17

**formal** 16:6

**formally** 40:25

**format** 5:14

**forward** 49:16
68:19

**found** 41:16

**four** 18:12

**franklin** 2:13

**free** 5:23 36:14

**freedom** 42:25

**front** 7:17

**frozen** 56:7

**full** 6:5 55:4 56:11

**fully** 10:14

**further** 32:2 45:14 74:8

**future** 30:11

**gain** 40:17

**garrison** 6:7

**garry** 1:12 3:3 5:1 49:16 73:7 74:6 (6)

**gave** 20:5,5

gbrumback@myt reasureislandorg 49:7

**general** 25:1

**gersham** 35:16

**get** 5:25 25:12,23,24 27:18 33:6 57:14 71:8 (8)

**gets** 7:2 35:5

**getting** 23:25 33:23

**give** 36:12

**given** 6:19 11:8 12:4,8 33:4 43:13 58:2 (7)

**gives** 71:20

**giving** 41:17

**glass** 71:8

**gmail** 19:15

20:22

**go** 5:15 9:7 11:22 13:19 15:25 28:11 33:2 34:17,24 38:19 43:3 44:11,16,17,21 55:7 61:24 62:9,13 (19)

**god** 18:13

**goes** 44:9

**going** 5:10 7:15 8:21 10:11 11:9 13:19 15:13 17:18 23:5 27:18 28:13 29:3 32:21 34:21 36:4 37:3 38:8 42:21,22 43:1 48:7,17 52:6 53:13 55:1 57:12 59:17 61:17 62:19 63:9,12 64:9 65:10 68:15,17,19 70:16 71:6 72:1 (39)

**gone** 35:24

**good** 28:24 32:3 35:10 42:14 (4)

**got** 9:2 31:21 33:18,19 34:2,5 35:2 48:13 49:11 62:9,21 64:25,25 65:1 (14)

**gotten** 8:4

**governmental** 58:9 64:12 68:3

**graham** 41:13

**grant** 15:12 22:24,25

**granted** 36:6 41:23 58:16

**guarantee** 38:8

**guard** 66:25 67:1,3,4 (4)

**guess** 14:18

**guidance** 6:19

**gulf** 33:16 39:11 44:15 45:2 61:6,10 (6)

**guys** 35:20

**h** 3:10

**half** 39:7 42:12

**halfway** 61:3

**hall** 35:21 40:2 69:5

**hand** 73:9

**happen** 33:2 35:18

**happened** 30:10 32:23 55:10

**happy** 31:17 35:20,23

**has** 7:6 10:20 16:2,5,16 17:10,15,25 25:1 30:13 38:14,14,16 39:19 40:22 41:4,9 45:7 58:16 59:2,12 64:21 (22)

**hashtag** 18:13,13,14,14 (4)

**hashtags** 18:13

**haven't** 69:11

**having** 17:3,6 56:5 58:19 71:17 (5)

**he** 7:15 14:3,5 15:22 16:1 19:7,8 20:7,10 26:2 28:2,5 30:13,13,15,18 31:6,7 38:14 39:3,5,10,24 40:7,16,24 41:22 42:2,10 53:25 55:5 69:4 (32)

**he's** 35:22 36:3 69:3

**hear** 35:24 46:13

**heard** 47:22 57:20

**hearing** 21:23

**her** 14:18 41:8,20

**here** 7:12 16:16 19:21 23:14 24:11 27:19 32:6,9,14,15,18 34:4 35:21 36:1 44:15 47:17 50:18 53:4 56:16 69:1,11 (21)

**herein** 5:2

**high** 45:1

**him** 15:16,25 19:1,23 20:5,10,17 25:25 27:3 28:8 31:1,15 35:23 36:12 39:1,18 41:2 (17)

**himself** 26:2 40:18 42:14

**his** 13:13 14:10,18 15:23 17:20 19:1,24 20:9 23:18 27:15 30:15 31:8 36:2 39:5 40:11,11,18,19

41:1,13,25 54:7 56:22 (23)

**history** 52:3,5

**holiday** 16:9,14,19 69:3,10,15 (6)

**home** 30:20

**honored** 42:8

**hope** 35:3

**horak** 46:5,6 51:1

**hot** 38:17

**houses** 44:21

**how** 6:8,12 15:4 22:13 29:17,19 42:21 43:22 44:6 58:7 (10)

**however** 31:21

**hr** 14:14

**hubbard's** 4:2 52:11 62:20,24 (4)

**hull** 67:11

**hundreds** 11:9

**hung** 49:9

**i'd** 36:15 45:15 71:15

**i'll** 5:15 11:18 23:25 29:10 36:19 37:12 43:25 46:25 52:16 56:7 62:13 67:25 (12)

**i'm** 5:10,22 6:10 7:15 8:21 10:2,11,13 12:16 13:10 14:1,7

15:24 16:4,12 17:18 20:18 21:16 23:4,5 29:3 30:7 32:12 35:1,1,24 38:13 40:9 42:8 43:15,21,23,25 44:7,19 45:2,6 48:6,7,17 49:9 50:2 51:17 52:2,6 53:13 55:1,14 56:10 57:12 58:18 59:17 61:17 62:12,19 63:9,11 64:9 65:9 68:14,17,17,19 70:16,22 71:6,16 72:5 (68)

**i've** 8:22 9:2 16:16 19:12 26:8 46:20 48:8,13 62:9 63:2 69:11 71:1 (12)

**idea** 22:16 34:4 47:24 60:21 (4)

**identical** 66:9

**identified** 7:21 9:4 18:3 19:19 20:23 21:4 23:12 29:7 47:14 48:8 49:22 52:19 53:20 54:21 57:7 59:21 61:22 62:22 63:15 64:16 68:6,22 71:19 (23)

**identify** 7:16 8:22 14:7 17:21 23:5 47:18 64:9 67:25 71:16 (9)

**illegible** 18:17

**imagine** 34:7

**immediately** 48:11 50:22

**impacted** 15:4

**impacts** 58:20

**impending** 40:24

**implies** 19:4

**importantly** 31:13

**incident** 8:24 9:1 11:13,20 54:17,23 (6)

**incidentally** 26:5

**indicate** 14:15 21:6 47:23

**indicated** 14:3 21:10

**indicates** 8:9 9:10 18:20 19:21 51:1 55:4 56:3 66:2 (8)

**indicating** 19:22 20:10 55:5 69:1 (4)

**information** 5:25 25:24 69:3

**informed** 39:4 60:9

**initial** 14:10

**initially** 28:14

**initiated** 11:21

**inlet** 10:4,8

**inquired** 14:5

**inquiry** 14:10 15:10 17:9

**insinuate** 42:2

**insinuated** 43:5

**insinuating** 40:14

**insinuation** 43:5

**inspected** 67:5

**inspection** 67:2,5

**insulting** 42:2,10

**intend** 69:14,21

**intent** 31:19

**intention** 33:13 43:6

**intercoastal** 54:2,8,11

**interest** 58:9

**interested** 74:10

**interesting** 41:5

**interests** 11:3

**interject** 50:3

**interpreting** 37:23

**interrupt** 61:25

**intersects** 61:10

**into** 27:25 39:5 41:14 44:6 (4)

**intracoastal** 39:9 44:1,2,19 63:19 64:1,6 (7)

**introducing** 28:22

**investigate** 11:15

**investigation** 15:7,9

**invite** 28:7

**invited** 28:5

**involved** 12:14 14:8 61:6

**involvement** 20:2 60:1

**is** 5:8,13 6:24 7:18 8:13,23 9:20 10:7,8,8,14 11:5,7 13:23 14:1 15:12,20 16:13 17:19,23 19:12,21,23 22:13,22 23:6,14 27:23 29:9,18,23 30:17,24,25 32:4,10,12 33:16 34:4,16 35:22 36:10,19,20 39:12 40:20,24 41:14,21,24 42:1,4,4,7,25 44:13,25 45:19,24 47:24,25 48:8,14 50:3 51:9,9,11,15 52:7 53:14 54:6,16 55:5,9 57:3,16,17,22,24 59:18 61:18 62:15 63:4,10,18 64:10 65:12,13,20 66:1 67:8 68:13,24 69:24 70:6,17 74:6 (97)

**island** 1:8 5:12 6:11,13,18 10:10 17:12,16 18:15,25 19:15 22:4 26:11 31:1,15 33:14,15 34:1,19,24 35:16 38:21,25,25 39:6,11,16,21 40:2,10,12,15,21 41:12 42:13 43:10,21,25 44:7 53:7 58:9,17 61:9 62:25 63:4 64:6,21 65:8 67:15 69:20 71:15 (51)

**island's** 9:21 10:2 57:23

**isle** 54:2,2

**isn't** 31:10 65:12

**issuance** 11:13 60:2

**issue** 12:14,17 26:20 27:3,7,11 (6)

**issued** 7:13,25 8:14,19 26:18 39:18 53:15 56:5 60:6,16 (10)

**issues** 7:14 25:11 38:18

**item** 28:22 29:6,23 50:13 53:16 57:3 68:13 (7)

**items** 29:23

**its** 6:20 9:21 10:16 13:16 17:11,15 22:5 25:2 28:1 48:3 59:2 63:18,25 69:21 (14)

**itself** 19:4 25:14 29:11 45:9 70:23 (5)

**jennifer** 2:12 13:24 14:1,2 34:15 36:17 (6)

**jensen** 2:8

**job** 6:16 42:8

**john** 70:2

**john's** 8:10 9:12 10:4,8,17,21,25 11:3 12:21

27:12,15 39:8,9,22
44:13,17 (16)

**join** 64:4

**judged** 53:1

**jurisdiction** 39:6

**just** 5:25 6:14
8:10 11:21 13:23
14:7 20:3 23:5,21
24:10 25:19 27:12
31:17 32:13
33:6,12 34:9 35:5
36:20 37:2
43:7,18,20 45:21
46:12,25 47:2
48:19,25 49:3,9,16
50:13 51:23 52:16
55:14 60:25 61:19
62:10,12 64:9
66:8 67:25 68:14
71:5 (45)

**kind** 38:2 53:1
58:8

**knew** 15:1,11
28:5 33:21 (4)

**know** 5:24 8:15
9:16 10:19,20,23
11:11,12 12:3,7,13
15:17 16:7,20
17:1,5 18:23
21:20,21
23:2,10,16 25:1
26:16,19 27:14
28:15 32:1
34:5,15 35:14
36:24 37:24 38:1
43:18,19 48:2
51:14 52:21,24
55:13,19 56:20
57:1,14 58:15
60:8 61:5 62:18
63:2 66:15 67:7,9
68:11 69:17
70:9,12,15,25 (59)

**knowing** 33:9

**knowledge** 13:25
58:6

**l** 48:25

**label** 67:5

**land** 51:6,7

**language** 66:10
68:8

**large** 1:20 9:11

**last** 10:12 50:22
55:25 56:2,11
67:22 (6)

**late** 60:14

**latest** 48:13

**laura** 2:7 49:18

**law** 54:17

**lawsuit** 24:22
25:4 60:11

**lead** 16:17 24:11
41:2

**least** 16:15
20:10,14 28:6
44:3 (5)

**leaving** 69:4

**led** 7:24

**left** 17:25 18:6,9
24:3 (4)

**legality** 36:18

**legion** 41:6
51:11,12

**length** 29:9 46:11

**less** 35:1

**let** 5:24 11:16

13:21 23:11 29:13
57:13 (6)

**let's** 15:9

**letter** 41:5,8

**letters** 56:13

**level** 61:12

**levique** 70:2

**liability** 1:4

**license** 20:21
31:9 65:3,7 (4)

**lie** 40:16

**lies** 41:12 42:13

**like** 32:7,11,18
33:1,2,3,24
36:5,15,17 43:18
45:15 66:8 71:15
72:4,6 (16)

**limitations** 63:11

**limited** 1:4 38:6

**limits** 36:21

**line** 18:12 45:1

**lisawillis@weber
crabbcom** 2:5

**listed** 25:8,18

**little** 2:1815 5:14
14:19

**live** 35:11

**llc** 1:4

**local** 30:14 63:11

**locate** 19:14 23:8
48:10 54:19 57:5
(5)

**located** 8:10,14

**location** 8:18
38:1 54:1,10 61:1
(5)

**logo** 66:20

**long** 6:12 40:22
45:5

**longer** 35:18

**look** 12:1 25:2
42:14 45:8,9 (5)

**looked** 8:16
12:25 28:19 45:9
(4)

**looking** 37:25,25

**looks** 21:16

**lose** 24:11

**lost** 62:10

**lot** 43:8

**lowlying** 44:16

**lunn** 29:23 30:6,9
32:6 35:8 36:17
37:6 38:11 43:3
45:13 46:7,8 (12)

**made** 11:14
13:22 22:9 24:22
25:2 35:6 40:4
45:25 47:6 60:13
(10)

**madeira** 18:14
26:7,11,17,17,20
27:1,10,14 35:11
36:10 39:14 40:13
41:3,14,21,25 (17)

**main**
44:3,13,13,20,23
(5)

**make** 7:7 13:16
17:9 20:20 34:9
36:19,25 37:2,9
41:1 42:14
45:8,8,22,23,23
55:15 (17)

**making** 36:24

**makras** 14:14,20
30:4

**malander** 11:22
25:21 54:18
55:5,20 56:4 (6)

**manage** 31:12

**manager** 6:10,12
26:8,10,17,25
27:7,10 37:14
42:4 48:18 (11)

**manner** 13:18

**manufactured**
66:19

**manufacturer**
66:20

**many** 35:14 42:5

**map** 44:6

**marine** 7:19 8:7
38:25

**mark** 71:16,16

**marked** 8:23
19:12

**marker** 64:13

**markers**
64:11,21,24 68:4
(4)

**matter** 40:19
47:7 58:2

**may** 23:15,21

51:23

**maybe** 11:8,16
13:21,25 43:18
49:14 57:4 62:5
(8)

**mayor** 29:23
30:2,6,9 32:6 35:8
36:17 37:6 38:11
43:3 45:13 46:7,8
(13)

**me** 5:24 6:25
11:16 12:9
13:20,21 23:11
29:11,13 30:22,23
32:23 34:10,17,25
36:15 43:19
44:5,22 45:3
46:13 48:19
49:6,17 54:19
57:5,13 70:1,8
73:7 (30)

**mean** 30:7 36:14
47:17 61:25 (4)

**mechanism**
19:23

**media** 38:17 40:8

**meet** 26:6 27:3

**meeting** 3:19
22:1,18 24:6,12,16
25:15 26:16 27:18
28:20 29:5,11,22
42:11 46:20,21
47:1 48:9,10
50:1,9 (21)

**meetings** 48:12

**members** 31:24
42:5 60:8

**memo** 13:20

**memorandum**
69:25

**memory** 14:18

**mention** 40:4,22

**message** 24:4
32:25 34:2,16
43:12 67:19 (6)

**messages** 23:6

**messed** 62:5

**mexico** 44:15
45:2 61:6,10 (4)

**michael** 1:5

**middle** 1:1

**might** 14:7 58:8

**miller** 2:12

**minimum** 65:1

**minute** 34:17

**minutes** 3:19
25:14 46:14 48:9
49:3,25 50:9,18,21
(9)

**mistake** 35:6

**more** 26:13
31:11,13 34:25
43:17 (5)

**morning** 60:9

**most** 66:25

**motion** 37:8,9 45:
13,14,22,23,23,25
(8)

**ms** 10:11 14:20
28:9 35:10 36:19
37:18,23 38:4,10
47:22
48:16,19,22,25
49:13,16,20 50:2,5
53:8 54:12

**55:**11,24
56:18,19,24
57:20,25 58:10,22
59:3,4,13,14 60:17
61:11,23,25
62:4,8,12
63:6,21,22 64:3,4
65:15,16,22
66:4,11 67:16,22
68:10 69:16
72:3,6,11 (58)

**much** 35:2,5 37:6
44:5 (4)

**multiple**
39:22,24

**municipal** 10:9

**municipality**
64:12 68:2

**my** 5:8,16,18
15:11 25:19
29:3,13 31:19
32:12 42:6,7 44:8
48:24 49:9 52:5
54:9 56:7 58:6
62:5,10
68:13,18,25
71:6,17 73:9 74:7
(27)

**myself** 35:15,25

**n** 2:1,13 3:1

**name** 5:8 6:6
14:18 32:12 (4)

**named** 13:24
31:23

**narrative** 42:16
55:2 56:3,12 (4)

**narrowed** 31:7

**narrowly** 20:21
31:8 58:8

**nature** 7:4 8:17

**15:**4 47:25 48:5
51:22 58:3 (7)

**navigable**
9:22,24 10:5

**nearly** 66:19

**necessary** 20:6

**need** 5:23 6:2 9:7
33:14,17 37:8
41:23 45:22
71:7,9 (10)

**needed** 30:18

**networking**
42:17

**never** 33:25 43:6
63:2

**new** 35:23

**next** 19:11,13
29:23 31:2 48:7
69:12 (6)

**no** 1:8 3:11 7:5
12:24 17:24 18:7
19:9 22:8,15 23:2
26:24 28:8,21
29:18 30:24
33:13,16
34:15,25,25 35:18
38:8 40:4 43:12
45:14,18
46:4,6,8,16 51:21
54:9 55:14
58:12,24 59:15
60:19 63:23 64:11
65:1 72:3 (41)

**none** 53:5

**nor** 74:9,9

**normandy** 35:11

**notary** 1:20
73:14

**note** 42:6 60:25

**noted** 41:3

**notes** 71:6 74:7

**nothing** 19:5
32:1 35:25 40:23
(4)

**notice** 3:24 25:8
71:14

**notification**
60:13,15

**notified** 60:5

**november** 7:10
20:22 21:8,12
27:19,21 28:20
36:5 42:11 46:22
48:9 49:25 51:3,9
52:8 53:14,23
54:17 69:20 (19)

**now** 11:18
29:17,19 37:15
42:19 59:25
61:4,16 (8)

**number** 29:24
62:13

**numbering**
62:5,10

**nurse** 42:9

**oath** 5:17 73:1

**object** 10:11
54:12 55:11,24
56:24 58:10,22
60:17 61:11
63:6,21,22 64:3
65:15,16,22
66:4,11 67:16
68:10 69:16 (21)

**objected** 19:3

**objection** 28:9

53:8 56:18,19 57:25 59:3,4,13,14 67:22 (10)

**observed** 38:23

**obviously** 32:16,17,21 33:18 (4)

**occasions** 39:23

**occur** 70:21

**occurred** 60:23

**occurrence** 50:10

**occurs** 70:6,10,18

**october** 7:16,25 8:18,24 11:13,20 12:4,15 18:8,16,24 19:14 23:24 30:7,11 39:25 40:9 47:15 73:10 74:11 (20)

**off** 33:18 39:15 43:25

**offense** 61:1

**office** 13:25 14:5 20:2 24:13 68:13 (5)

**officer** 7:19 8:7 11:21 25:20,24 43:19 54:18 55:5,20 56:3 (10)

**official** 73:9

**oh** 12:20 49:11 66:21

**olive** 2:12

**one** 18:8 24:7,14 29:11 35:12,22 36:12 41:10,24 43:18 47:14 48:14

49:8 52:11,11,25 65:11 69:13 (18)

**onepage** 17:25

**only** 14:1 20:21 26:3 28:17 31:9 33:11 34:13,16 36:4,19 40:25 43:9,12 44:12,14,17,20 47:21 52:10 65:17 (20)

**operate** 10:24 11:3 20:21 31:9 (4)

**operating** 10:17 27:12,15 53:25 54:7 (5)

**operations** 6:17

**operator** 11:15

**opportunity** 20:11 41:13

**oral** 21:21

**ordeal** 43:16

**order** 40:17 42:13 45:21

**ordinance** 30:14 33:5,10,22 36:11 38:15 39:2,4,7 41:10,19,23 43:13,14,23 45:1 63:25 69:22 (18)

**ordinances** 30:24 31:3 36:9 41:4,22 43:22 (6)

**original** 33:25 35:6 72:10

**originally** 31:19 34:14

**other** 7:14 11:2 13:2 14:24 17:6 21:25 25:16 26:2,4 28:14 38:11 44:22 47:13 53:6 55:21 56:4,16 62:17 64:12 65:7 68:3 71:14 (22)

**others** 23:16 58:21 65:3

**otherwise** 22:2 37:4,19 41:22 (4)

**our** 7:19 8:6 15:4 18:13 21:11 27:24 35:14,22 36:3,10 37:15 38:15,17 39:1,6 40:21 41:9,11,15 42:3,3, 4,5,5,16,16,24 45:16 71:22 (29)

**ours** 27:13

**out** 10:25 11:3 19:22 20:10 31:5 32:22,23 33:16,20 43:21 44:4,6,11,16,17,21 45:2,3,5 48:4 51:2 55:7 62:10 71:17 (24)

**outbox** 49:10

**outwardly** 31:25

**over** 27:3,4,11 35:15 62:16 64:14 65:3 68:4,8 (9)

**own** 6:20 44:2,4 45:4 (4)

**owns** 44:7

**p** 2:1,1

**pa** 2:3,8,12

**package** 20:23 23:8

**packet** 17:19

**page** 3:3,11,14 50:8,22 52:9 55:2 68:19 69:24 70:16 (10)

**pages** 1:23 52:9

**palm** 54:3

**pam** 24:7,14 35:9,10 (4)

**parade** 3:20 13:14 14:6,11 15:23 16:3,6,9,9,1 4,17,19,21,23 17:1,2,3,7 19:2,8,16 20:22 21:8 24:8,14 30:16,18,19,21 31:10,16 33:7,12 34:9,20 35:13,17 36:4,13 40:6,14,23,24 41:7,11 45:11 47:21,24 48:3 51: 2,6,7,8,9,13,15,16, 18,22,25 52:8,18,22,25 53:1,7 55:21 56:4,17 62:17 69:3,6,10,15,19,22 70:3,6,9,13,17,19, 23 (83)

**parades** 68:19 70:20

**paragraph** 55:4 56:2,9,12 (4)

**parasailing** 10:24

**pardon** 13:7

**paren** 57:13

**park** 70:18,21

**parks** 69:25 70:1

**part** 41:7 64:6

**participant** 16:16

**participants** 56:17 69:22 70:13

**participate** 14:6 15:22 16:8 19:7 21:8 31:15 48:3 (7)

**participated** 16:5 52:17

**participating** 16:18 51:24 53:6 69:12 (4)

**participation** 13:13 14:11 16:13 19:1,24 69:10 (6)

**particular** 7:24 11:15,20 18:20 34:4 38:7 53:16 59:23 60:22 61:5 62:16 63:3 (12)

**parties** 74:8

**parties'** 74:9

**partridge** 45:20 46:3,4

**pass** 8:10 9:12 10:4,8,17,21,25 11:3,5,10 12:21 27:13,16 39:8,9,10,22 44:13,16,17 61:9 69:5 (22)

**passagrille** 44:15,18

**passed** 67:6

**passing** 34:16

**past** 16:6 30:10 41:16

**patriotism** 42:19

**patrol** 38:25

**payne** 19:13,21 20:4,5 23:7,14,25 31:6 32:21,22,22,24 41:2 45:19 (14)

**payne's** 23:22 50:14,17

**people** 15:2 24:1 51:18 65:7,13 66:7 69:5,14 (8)

**per** 42:24

**perceive** 58:19

**perfect** 9:3 19:18

**perhaps** 22:1

**period** 38:6

**permission** 21:7 30:18 33:6,24 48:17 (5)

**permit** 3:16 22:7,21,22,24 51:16 64:15,24 65:2,6 68:5 (11)

**permitted** 14:6 15:22 31:2 39:5 40:8,20 64:21 (7)

**person** 27:3 64:12

**personal** 42:6

**personally** 24:23 73:7

**persons** 25:17

**pete** 39:16,17

**petersburg** 2:33710

**phone** 27:4,10

**photo** 4:1,2

**photographed** 39:20

**photographic** 52:22

**photographs** 8:16 52:7,17

**photos** 3:20 52:9 61:16

**pick** 27:9

**picture** 17:20,24 44:24 61:20 (4)

**pictures** 52:11

**pile** 7:17 19:11

**piloting** 9:11

**pinellas** 73:4 74:4

**pines** 42:9

**pirate** 70:2

**place** 1:16 34:6 64:13 65:7 (4)

**placed** 40:22

**placing** 68:3

**plaintiff** 2:6 5:9

**plaintiffs** 1:6

**planning** 15:2 69:12

**play** 29:3

**please** 5:23 45:16 59:6 65:5,24 (5)

**pm** 48:10 50:10

**podium** 32:8

**point** 13:11 20:8,14 31:1,21 34:3 38:17 44:19 45:21 (9)

**police** 3:13,22 6:21,23 7:2,8,9 8:23 9:6 12:1,5,9 16:15 26:1 38:21 54:16 55:7,16,20 (19)

**policies** 6:18

**polling** 45:15

**popular** 67:10

**portable** 38:16

**portion** 47:2

**portrayed** 45:7

**position** 9:21 63:17

**post** 17:19,25 18:5,10,20,23 20:9,16 28:25 35:1 56:23 (11)

**posted** 34:13,23

**posting** 34:11

**posts** 31:23 47:11,13,19 (4)

**potentially** 63:7 67:21

**precedes** 70:8

**predecessor** 68:25 69:25 70:2

**preempted** 63:18

**prepare** 25:7

**prepared** 13:20 25:11

**presented** 42:15

**presuppose** 28:12

**pretty** 44:7 67:10

**previously** 8:5,23 16:2 29:2 47:14 65:12 (6)

**printed** 61:16

**printout** 19:15

**prior** 11:12 12:3 17:2,9 24:6 25:6 27:16 28:25 30:19 33:9,11 35:15 48:14 (13)

**pro** 24:17

**problem** 46:16

**proceeding** 5:10

**produce** 47:18

**prohibit** 66:7,14

**prohibited** 28:2 36:22 37:4,19 57:21 67:15 (6)

**prohibiting** 39:2

**prohibition** 58:20

**prohibits** 37:16 66:9 68:2

**promise** 44:23

**proportion** 33:20

**provided** 20:23

**provides** 22:20 64:11

**providing** 69:3

**provision** 57:16 58:14 68:17

**public** 1:20 68:14 73:14

**purpose** 27:5,6

**purposes** 50:14

**purview** 32:5

**put** 13:22 18:24 21:11 28:6 37:1 65:13 (6)

**putting** 32:20 66:8,10

**question** 9:8 10:3,12,14 11:16,17,17,18 26:4 37:13 53:9 54:13 55:12,25 56:25 58:11,23 59:5 60:18 65:23 67:23 (21)

**questions** 5:11,15,16,18,22 29:10 36:13 72:3 (8)

**quite** 38:13

**quote** 20:21 41:7

**r** 2:1,12

**ran** 41:13

**rasmussen**

24:7,14 35:9,10,11 47:22 (6)

**rather** 24:17

**reach** 32:22

**reached** 31:5 32:23

**reaching** 19:22 20:9

**read** 9:6,9 43:22 66:7 72:4,6 (6)

**reading** 50:14 55:14

**real** 40:19

**really** 26:13 31:10,22 38:18 43:23 65:12 (6)

**reason** 28:8,15 62:6

**recall** 8:20 14:9 21:1,17,24,25 22:3 24:9,19 28:22 29:1 47:16 51:20,23 54:25 60:4,5,7,12,13 71:3 (21)

**receive** 71:24

**received** 11:24 18:21 24:23 30:4,12 32:24 41:5 49:20 68:13 (9)

**receiving** 21:2 39:24

**recently** 30:13

**recognize** 10:4 21:1 49:24 59:1,11 61:8 (6)

**recollection** 47:5

**recommend** 28:24 32:3

**recommendations** 47:6

**record** 6:6 23:6 67:25 74:7 (4)

**records** 13:1 68:14

**recreation** 70:1

**reference** 13:23 19:1 26:5 50:10 (4)

**referenced** 61:15

**referring** 43:14 51:8

**reflects** 9:17 18:25

**refrain** 39:10

**refresh** 47:5

**refused** 27:20 28:16

**regarding** 5:22 12:18 15:7 24:15 25:17 26:7 38:16,22 69:4 70:2 (10)

**regards** 41:18

**regular** 42:7 48:9 49:25 50:9 (4)

**regulate** 42:24

**regulation** 10:9 63:19

**regulations** 37:24 63:11

**regulatory** 68:3

**reject** 20:16

**related** 7:14 25:13 47:3 53:2 (4)

**relates** 29:5 46:24 63:18

**relating** 24:23

**relative** 74:8,9

**relay** 14:20

**relayed** 31:2

**relevant** 25:3

**remain** 39:13

**remember** 14:22,23

**reopened** 50:14

**repeat** 59:6 65:5,23

**reply** 18:1

**report** 3:13,22 6:23 8:23 9:1,6,10,16 54:17,23 55:2 74:5 (12)

**reported** 50:18

**reporter** 5:17 71:22,24 74:5 (4)

**reporter's** 74:1

**reporting** 54:17 69:2

**reports** 6:25 51:1

**represent** 5:9 46:25 52:16

**representative** 5:12

**represents** 29:4

**request** 13:16,22 14:23 15:4,8,12,20,25 19:6 20:11,20 21:11 22:13,17 23:19 24:15,24 26:20,22 27:20 28:1,8 29:25 30:23 31:8 33:25 34:14 37:10 38:7,15 40:11 41:1 42:20 68:14,18 (35)

**requested** 39:10 74:6

**requesting** 14:21 20:10 28:2

**requestspecial** 3:16

**required** 22:22

**requires** 22:6

**residents** 36:8 48:3 58:21

**respect** 34:12

**respected** 24:1

**respond** 14:25

**response** 21:11,15,18 68:13 (4)

**restate** 55:15

**restricted** 37:25 39:20

**restriction** 37:2

**restrictions** 38:4

40:21

**retired** 42:5

**return** 69:5

**review** 74:6

**ridiculous** 43:8

**right** 5:21 6:5,8,20 7:1,6,9,12,20 8:2,9,21 9:10,16,20 10:7,16 11:5,12 12:3,10,13,17,22,25 13:5,11,16,21 14:18,24 15:6,14 16:5,8,13 17:14 18:1 20:8,14,19 21:1,6,10,15,17,20,25 22:4,12 23:21,24 24:6,10,21 25:16,20 26:9 27:5 29:23 33:23 37:23 38:3,9 41:2 47:9 48:7 49:12,21 50:8,13,20 51:18 52:6,24 53:25 55:1 56:7 57:20 58:5 59:11 62:19 65:10 69:1 70:12 71:4 72:1 (87)

**rights** 42:25 58:21

**road** 2:18 15 35:11

**roger** 35:15,25

**route** 30:19 33:2 47:25

**rules** 5:13

**s** 1:19 2:1 3:10 73:12,12,13 74:5,13,13,14 (10)

**said** 30:13,24 31:6,17 32:12 34:16,21 43:24 47:12 52:13 53:17 (11)

**salzman** 2:8

**same** 20:19 51:12 56:19 60:15 67:22 (5)

**saturday** 30:17

**saturdays** 30:19 33:9,11

**saw** 50:13

**say** 30:6,8 33:10 36:15,24 38:9,13 44:4 45:12 (9)

**saying** 29:1

**says** 18:15 23:25 45:5 55:15 61:1 65:18,21 (7)

**scan** 9:8

**scheduled** 30:16

**schinella** 2:7 10:11 28:9 48:16,19,22,25 49:1,13,16,20 50:2,5 53:8 54:12 55:11,24 56:19,24 58:10,22 59:4,13 60:17 61:11,23,25 62:4,8,12 63:6,22 64:3 65:15,22 66:4 67:16,22 68:10 69:16 72:3,6,11 (43)

**scope** 31:8 42:17

**scrambled** 34:3

**scratch** 11:17

**screen** 29:3,13

**screen's** 56:7

**scrolling** 68:17

**seal** 73:9

**second** 24:4 29:12 37:12 39:7 45:14 49:10 55:2 56:2,11 (9)

**section** 31:9 57:4,13

**sections** 20:6

**see** 7:15 8:22 9:8,14 13:1 16:21 17:21 18:9,11,17,21 19:14,25 21:13 23:7 24:3 27:12 29:13,15,15,16 47:11 50:11,25 51:4 54:4,18 55:16 56:6,14 57:5 61:2,21 64:18 69:7 70:4 71:7 (37)

**seeclickfix** 38:20

**seek** 19:24 22:6

**seeking** 21:7

**seems** 54:1

**seen** 16:23 18:5 36:11 52:3 53:22 54:23 66:16 67:11 (8)

**seminole** 32:11

**send** 24:7 71:17 72:2

**sending** 24:19 49:6

**sense** 34:9 42:19

**sent** 13:20 24:23 38:21 49:3 (4)

**september** 1:18

**sergeant** 55:6,20

**series** 23:6 29:10 31:22 42:12 47:10,18 (6)

**serve** 42:8 58:8

**shall** 64:13

**share** 29:3,13

**she** 14:15,15,20 31:1 34:21 41:7 43:7,8 45:25 (9)

**she's** 14:14 51:8 72:1

**shores** 64:14

**short** 71:12

**shortly** 20:19 26:16

**should** 34:10 41:3 49:19 52:9 71:9 (5)

**show** 8:21 44:5 48:7 62:19 (4)

**shown** 46:20

**shows** 18:8

**shy** 6:14

**side** 8:11 39:14

**sides** 36:7

**sign** 3:23 7:15 8:7,8 9:21 10:16 11:25 12:21 13:3

15:23 17:3,6,11,15,21 19:4,8 22:6,19,20 23:1 25:13 26:14 27:13,24 28:1,7,15,18 30:1,15,25 31:14,16 33:13 34:8,20 35:5 37:1,4,11,21,24 38:8,22 39:6,19 40:5,13,21 41:4,25 43:1,22,25 44:8 45:10 51:25 53:2 54:9 57:4,9 58:3,3,4,17 59:2,12 61:20 62:16 63:18 65:11,12 66:1,23 67:8 69:21 70:14 (78)

**signage** 11:9 12:19 66:17

**signs** 10:18,21 16:19 31:12 33:22 36:20 37:16,17,18,22 38:1,1,16 39:2 51:19,21 56:5 57:21 58:4,20 65:3,8,13 66:8,10,14 67:14 69:15 (28)

**silverboard** 68:24 69:2

**similar** 27:13 36:11 41:4,14 (4)

**simply** 15:15 61:19 63:10

**since** 16:15 69:11

**single** 17:3

**sir** 6:5 18:1 28:11 29:13 52:14 53:18 56:11 57:5 58:19 (9)

**sit** 47:17 53:4

**situation** 14:4 36:18 41:14

**size** 38:1 58:3

**skips** 62:7

**slap** 67:4

**slow** 64:25

**snapshot** 29:15

**so** 8:5,7 9:19 11:1,4 13:19 14:7,20 20:8,14 22:21 23:9,21 28:5,7 29:11 31:15 32:18 33:3,13,17,21 34:1,10,23 35:1,2 36:13,24 37:9,15,15 38:5,5 43:24 44:17 45:1,4 46:19 48:12 56:15 58:2 62:4,15 67:17 68:19 70:11,25 (48)

**social** 38:17 40:8 42:17

**sold** 66:20

**solely** 21:7 22:19

**solute** 41:13

**some** 5:15 7:13,14 8:4 23:15,25 24:12 34:3 38:6 41:15 44:9 53:1 58:8 62:6 65:1 67:19 (16)

**somebody** 34:11 44:5 45:7,22 (4)

**somehow** 33:18

45:7

someone 11:21
22:6

something 18:18
32:18 33:1,3 (4)

somewhere 34:2

sorry 30:7
35:1,2,24 40:9
45:4 46:11 49:9
56:10 72:5 (10)

sort 11:15 27:25
67:20

south 8:11

southeast 9:12

span 8:11 9:12

speak 23:16
25:20 26:1 64:5
(4)

speaking 13:18
22:1

special 42:20
51:16

specific 27:6

specifically 12:12
24:13 25:10 33:5
43:11 50:22 63:12
66:5 68:18 (9)

specificity 61:13

specifics 14:22

speech 42:25

spoke 14:3 15:3
17:17

spoken 14:15
26:8 71:2

sponsor 16:11
35:17,23 36:10
41:15 47:23 (6)

sponsored 16:2
51:11

sponsors 35:22
51:13 70:24

spot 11:22

spotted 39:20

st 39:16,17

staff 15:21 42:3,6

stand 42:10,22

standpoint 9:18

starts 56:12

state 1:20 6:5
45:2,5 64:14,22
65:7 66:14 67:3
68:4 73:3,14 74:3
(13)

stated 31:25 41:7

statement 41:20
50:15,17

states 1:1 9:23,24
10:5 59:9 (5)

static 31:16

statute 4:3,4,5

statutes 63:10
64:10 66:9 68:1
(4)

stay 44:12,12,20

staying 43:20

stenographic
74:7

stenographically
74:5

step 31:19 32:7

steps 25:10

sticker 66:25

still 32:4 45:6

straight 20:3

straightforward
5:13

street 2:13 32:11

stretch 71:8

stretching 39:9

strike 23:11

stuff 43:9

sub 66:2

subject 10:9

subparagraph
63:13

subsection 58:14
64:11 65:10,20
68:2 (5)

such 22:13 24:19
30:23 71:18 (4)

sufficient 22:10

suggested 23:17

suggestion 23:22

suggests 23:15

sunset 39:22

super 5:21 72:1

supersede 31:4

supervise 6:17

support 6:18
18:13 23:18 32:15
35:2 36:1,6 (7)

supporter 35:16

supporters 23:18

sure 10:2,13
21:16,16 43:15,21
44:7 46:15 48:21
49:18 55:15 57:15
(12)

surgical 42:9

swim 64:25

sworn 5:2 73:8

sympathy 40:17

t 3:10

tailored 20:21
31:8 58:8

take 6:2 9:7 12:1
25:6,10 56:8 71:5
72:9 (8)

taken 8:6 39:12
46:17 71:12 (4)

taking 3:24 5:17
25:8 35:15 71:14
(5)

talk 7:12 25:16
49:4

talked 65:11

tampa 1:2 2:14

tasked 36:8

telephone 22:2

tell 12:1 15:19,21
34:18 42:11 49:5

65:17 (7)

telling 28:23

terms 57:11

testified 5:3

testimony 24:12

text 3:17 23:6,24
24:4 32:25 (5)

texting 23:14

than 14:24 17:6
21:25 28:14 43:17
44:22 47:14 71:14
(8)

thank 6:4 17:21
19:8 32:13,19,21
33:12 34:8,19,20
35:4,7 36:16 37:6
40:5,12 43:4,11
45:10,11 48:22
49:20,21 51:21
52:12 71:11,25
72:9 (28)

their 26:8,14
48:4 69:15 (4)

them 10:18 11:9
16:19 34:18 56:5
63:1 67:1,19
71:24 (9)

there's 17:24
18:12 20:22 33:16
36:13 43:17 45:14
48:11 50:9 71:7
(10)

thereafter 20:20

therefore 32:3

these 31:12 34:17
42:23 49:24 52:16
67:10 (6)

they're 69:23

**they've** 67:1,5

**thing** 33:23

**things** 35:18 38:12 46:12

**think** 23:9 43:7 45:22 67:17 (4)

**thinking** 66:21

**those** 7:7 8:2 12:23 23:8 25:11 38:2 45:2,4 48:11 67:14 71:23 (11)

**threatening** 31:23 47:10,19

**three** 6:14 47:22 50:8,22,23 (5)

**through** 5:15,25 11:9 12:25 25:2 34:24 35:4 39:15 43:24 44:1,18 51:9,15 71:21 (14)

**ti** 35:4 61:1

**ti1916829** 9:1

**ticket** 56:5 60:16

**tide** 45:1

**tie** 24:10

**tiffany** 14:14 15:15 30:3,22 (4)

**tim** 5:8 50:2 71:25

**time** 1:15 8:14,18 9:7 13:11 20:8,15 21:22 38:6 39:3,13,18 40:4 56:8 60:6,12,22 (17)

**timothy** 2:3

**timothyweber@ webercrabbcom** 2:5

**title** 36:10 41:15

**today** 5:11,16 7:12 47:17 53:5 (5)

**today's** 17:9 25:6 71:14

**told** 19:1,8 26:15 34:10,13,15,25 40:7 43:9 47:9 (10)

**tonight** 41:1

**took** 40:8,16 52:21

**topics** 25:7,17

**toth** 12:11,14 45:17,18 55:7,16,19 (7)

**touch** 68:15

**towards** 39:17

**toy** 69:5

**transcribed** 29:22

**transcript** 74:6,6

**travel** 30:18 35:4 40:11 41:11 44:8 45:5 (6)

**traveling** 39:15 44:1,19

**treasure** 1:8 5:12 6:11,13,18 9:20 10:2,10 17:12,16 18:14,25 19:15 22:4 26:11 30:25 31:14 33:14,15

34:1,19,24 35:16 38:21,24,25 39:6,11,16,21 40:2,10,12,15,20 41:12 42:13 43:10,21,25 44:7 53:7 57:23 58:9,17 61:8 62:25 63:4 64:6,21 65:8 67:15 69:20 71:15 (54)

**trial** 44:9

**tried** 25:12 41:2 45:7

**true** 38:18 74:7

**truth** 32:2

**truthful** 42:23

**truths** 42:12

**try** 5:25 36:1 44:11,21 45:8 (5)

**trying** 24:10 33:23 50:2

**tuesday** 30:3

**turn** 39:15 43:25

**turned** 34:5

**two** 30:19 33:9,11 35:12 40:3 46:14 52:9,10 (8)

**tying** 14:7

**type** 7:7 13:8 22:5 30:24 31:14 37:21 44:9 49:15 51:16 (9)

**types** 31:12 37:17

**ugly** 31:22

**ultimate** 7:6

**ultimately** 13:19 15:19,21

**unaware** 39:4

**undeliverable** 49:14

**under** 5:16 31:9 50:25

**underneath** 18:15

**undersigned** 73:6

**understand** 5:19 10:3,14 35:17 36:7 40:1 (6)

**understanding** 7:23 8:13 15:6 27:19,23 54:6,9 55:9 57:22 58:7 (10)

**underway** 65:21 66:3 68:9

**unice** 2:8

49:1

**uniform** 64:10,13

**united** 1:1 9:22,24 10:5 59:9 (5)

**unless** 36:22 37:19 58:14

**until** 44:5,9

**up** 13:21 15:13 18:24 24:10,11 27:9 32:7,20 35:20 42:10 43:9

49:5 62:5 71:10 (14)

**uphold** 36:8

**upon** 36:21 37:18 63:19 64:1 65:8,14 (6)

**upset** 20:15 45:6

**us** 32:8,8 35:4 38:14 71:20 (5)

**use** 15:9

**used** 40:5 47:23

**using** 30:14 66:9

**usually** 16:15

**v** 1:7

**va** 42:9

**vaguely** 48:1

**various** 52:17

**verbal** 39:17 43:20

**very** 33:25 35:23 36:11,20 37:6 (5)

**vessel** 7:14 8:10,13,18 9:11 10:8,21 11:23,24,25 13:3 17:3,11,20 26:6,7 27:15 54:1,7 57:18 58:17 60:22 61:6,20 62:24 63:3 (26)

**vessels** 9:22 10:17 16:18 17:15 53:6 63:19 64:1 65:21 66:2 68:9 69:15 (11)

**veteran** 42:7

**veterans** 13:14 14:6 16:3,21,23,25 17:7,21 19:8,15 21:8 30:16 31:10,16,17 32:16,16 33:6,13 34:8,9,19,20 35:5,13 40:5,13,16,24 42:6,8,16 43:12 45:10,11 47:21 51:2,8,10,21,22,25 52:8,12,18,22,25 53:2,6 69:19 (50)

**vets** 18:13 34:17

**via** 1:16 32:25

**video** 1:16 3:18 28:19 29:2,14 38:24 39:12 45:3 47:1 (9)

**violated** 28:7,15 57:17

**violating** 43:23 70:14

**violation** 7:3 8:6 9:18 12:2 26:14 27:24 30:14 33:5,10 39:25 43:14,15 55:17,22 60:23 63:4 (16)

**violations** 52:1

**vote** 32:18,20 33:3 35:3 (4)

**voters** 36:8

**w** 2:3

**wait** 34:16

**waive** 72:4,7,8

**waiver** 31:13

**waiving** 48:4

**wake** 65:1,1

**want** 23:15 32:13 34:7,17 (4)

**wanted** 19:7 31:21 33:10,11,25 46:12 49:4 (7)

**wants** 45:23

**warning** 39:17,19

**warnings** 39:24

**wasn't** 8:15 19:3 20:15 27:25 33:1 (5)

**watch** 52:11 62:20,24

**water** 10:5 36:21 37:19 45:1 58:20 65:14 66:8,10 71:8 (9)

**waters** 9:22,24 10:2 17:11 40:3,12 45:3,4 62:25 63:4 64:14 65:4,8 68:4,8 69:20 (16)

**waterway** 38:24 39:9,14 44:1,2,8,20,23 54:2,8,11 63:20 64:2,11,13,21,24 (17)

**waterways** 37:17 39:21 41:25

**way** 13:16 16:6 68:24

**we'd** 35:19

**we'll** 5:25 72:9

**we're** 7:12 27:18

69:12

**we've** 64:25,25 65:1

**weber** 2:3,3 3:4 5:7,8 7:22 9:5 10:13,15 18:4 19:20 21:5 23:13 28:10 29:8 46:10,16,18 48:16,21,23 49:2,5,13,21,23 50:4,7 52:13,20 53:10,21 54:15,22 55:18 56:1,9,21 57:2,8 58:1,13,25 59:7,16,22 60:20 61:14,23,24 62:2,6,9,14,23 63:8,16,24 64:8,17 65:19,25 66:6,13 67:18,24 68:7,12,23 69:18 71:5,13,20 72:1,9 (75)

**website** 47:2

**weeks** 40:3

**wein** 2:3

**welcome** 16:1

**well** 6:3 7:13 15:1 19:3 23:11 24:1 26:12 32:15,25 46:13 61:17 72:11 (12)

**went** 49:9

**western** 39:8

**what** 5:22 6:15 7:23 8:2,21,22 10:14 14:20,21 15:6 16:13 18:25 22:16,22 25:10 27:5,9,23 28:12 34:13,21,25 37:1 40:1 42:25

43:9,21 47:24,24 49:6 55:9,15 62:1,6 65:12,17 66:21 (37)

**what's** 38:8

**whatever** 9:7 25:12 29:9 38:7 71:9 (5)

**when** 12:3 33:3,21 34:14,15,23 39:15 40:7 41:17 43:19,24 57:14 67:5 (13)

**where** 8:13 39:12 60:21 61:9 67:11 (5)

**whereupon** 7:21 9:4 18:3 19:19 21:4 23:12 29:7,21 46:9,17 49:22 52:19 53:20 54:21 57:7 59:21 61:22 62:22 63:15 64:16 68:6,22 71:12,19 72:12 (25)

**whether** 9:16 10:20 11:12,14 12:13 13:5,8 14:5 17:1,5,10,14 18:23 21:21 22:23 23:10,17 24:22 25:1,3 26:13 27:14 31:20 37:3 47:6 48:2 52:21,24 58:15 60:8 61:5 63:17 64:20 70:9,12 (35)

**which** 8:23 15:12 19:12 30:17 31:14 35:13 38:23 39:7,12 48:8,8 52:7 53:14 56:9 59:18 61:18 62:20 63:10 64:10,24

65:7 68:1 (22)

**while** 42:13 44:19

**who** 7:2,6,9 12:17 14:7,9,13 24:1 31:6 34:15 41:14 45:7 55:6 68:24 (14)

**who's** 14:2

**whole** 64:5

**wholeheartedly** 34:12

**whom** 12:7

**why** 15:12 27:20,23 28:7,15 32:9 33:5 34:5,7 41:22 53:5 55:19 56:15 60:14 (14)

**will** 5:17,24 21:11 24:18 35:14 37:1,9 41:7,11,17 44:10 69:2 (12)

**within** 25:17 36:21 39:20 41:10,12 (5)

**without** 32:16 64:14 68:5

**withstanding** 20:9

**witness** 3:3 5:2 10:13 49:18 50:6 54:14 55:14 56:20 57:1 58:12,24 59:6,15 60:19 61:12 63:7,23 64:5 65:17,23 66:5,12 67:17 68:11 69:17 71:11 72:2,5 73:9 (29)

**won't** 34:19

| | | | |
|---|---|---|---|
| **word** 15:9 42:22 | 16:10 18:1 19:10 20:13,25 21:9 22:11 26:15 27:2,8,22 28:4 29:20 30:9 33:4 34:21 37:20 43:13 46:1,23 47:12 48:19 50:19 52:14 53:24 54:14 56:11 57:19 64:7,23 66:18,24 69:23 71:24 (39) | **559** 18:21 | **12282018** 48:14 |
| **words** 31:17 | | **567** 35:11 | |
| **work** 23:25 41:16 | | **600** 48:10 | |
| **works** 13:24 | | **626** 50:10 | |
| **workshop** 48:11 50:1,21 | | **930** 1:15 | |
| **would** 6:5,15 8:17 9:19 11:4 15:25 24:16,17 26:10 30:23 31:6 32:7 33:8 34:5 36:5,17,24 37:10 41:20,22 42:2,10 60:25 65:23 66:23,23 67:14,14 69:4 72:4,6 (31) | **1000** 51:3 | |
| | **yet** 28:2 | **1130** 1:15 | |
| | **you'll** 5:16 | **2019** 7:10,13,16 8:24 18:9,16 21:12 35:14 48:9 49:25 53:14,23 59:18,18 60:3 62:2 (16) | |
| | **you're** 32:9 34:21 37:3,24,24 49:6 59:8 (7) | | |
| **wouldn't** 32:17 34:7 67:17 | **you've** 42:15 47:21 62:25 67:6 (4) | **2020** 1:18 73:10 74:11 | |
| **wrap** 71:10 | **your** 5:11,18 6:5,15 8:13 10:7,14 12:17 13:7,17,23,25 14:5 15:6 17:18 19:11 20:2,23 21:10,11,15,17 24:13 26:16 27:6,6,16,23 28:15 32:8 35:3 36:5,8,9,20 37:5,23 41:10 42:17,22,23 44:25 47:1,2,5 48:16,18,23 50:3,20 52:6 53:13 54:6 55:1,9 56:8 57:12,22 58:21 59:17 61:17 63:9,12 65:11,12 67:5 69:25 70:2,16 72:2 (70) | **2700** 2:2700 | |
| **wrapped** 40:16 | **5453** 2:4 | |
| **wraps** 67:11,12 | **5844** 31:9 | |
| **writing** 15:15,18 | **7334** 31:13 57:13 65:10,20 66:2 (5) | |
| **written** 7:19 13:2,6,9 22:12 (5) | **7700** 61:1,8 | |
| **wrong** 33:19 | **8954** 32:10 | |
| **x** 3:1,10 | **32740** 4:4 64:10 | |
| **yeah** 9:1 10:13 14:22 15:11 18:15 51:8 62:6 65:6 67:4 (9) | **32741** 4:5 68:1 | |
| | **32760** 4:3 63:10 | |
| | **33602** 2:14 | |
| **year** 35:13,14,22 38:20 69:13,21 (6) | **yourself** 25:7 | **33710** 2:33710 | |
| | | **33772** 32:11 | |
| **years** 6:14 17:2 35:15 47:22 (4) | **zoom** 1:16 5:14 | **34655** 2:34655 | |
| **yes** 8:1 10:6 13:18 14:12,17 | **201** 2:13 | **1262019** 48:13 | |